FILED

Name: PRECIOUS LANAY FITZGERALD BEY

Address: c/o 3878 CRENSHAW BLVD
# 354 LOS ANGELES, CA, [90008]

Phone: (323) 687-8541

Fax: _____

In Pro Per

2023 AUG 18 PM 1:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY___EEE___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PRECIOUS LANAY FITZGERALD

Plaintiff

v.

PHILIP L. SOTO, ALI REZA SABOURI, MICHELLE D. MONTERO, DANIELLE GERSH, CAITLIN CHRISTIAN JEFFEREY L. GRANT FLORENCE SCANLANTE DCFS EDMUND D. EDELMAN CHILDRENS COURT   Defendant(s).

CASE NUMBER:

LA23CV06806-CJC(E)

CIVIL RIGHTS
COMPLAINT

( Enter document title in the space provided above)

PURSUANT TO USC TITLE 42
SECTION 1983 "SEE ATTATCHED"
COMPLAINT AND EXHIBITS

1

*Page Number*

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Re:2d JUVENILE NO. B318615, LASC NO. 18CCJP01771A
PRECIOUS LANAY FITZGERALD ON BHEALF OF OFFSPRING LEO
FITZGERALD

Pursuant to **US CODE USC TITLE 42 SECTION 1983**: "allows individuals to
seek legal remedies when their constitutional rights have been violated by
a person acting under color of law. It provides a civil cause of action
against any person who, under the color of any statute, ordinance,
regulation, custom, or usage, subjects another person to the deprivation of
any rights, privileges, or immunities secured by the Constitution and laws".
I would like to respectfully bring to the court's attention. That time constraints may
expire however the **rights of indigenous people** and **Civil rights** should not
expire when a **severe err in Justice** has taken place. Effecting the filing date of
the appellant due to **professional neglect** and the **incompetence** of appealing
attorney. Whom before PRECIOUS LANAY FITZGERALD HAD THE
APPEALING ATTORNEYS EMAIL COMMUNICATED INITIALLY VIA
TELEPHONE, REFUSAL TO PRESENT ORAL ARGUMENT OF TORT AND
DEPRIVATION OF RIGHTS UNDER COLOR OF LAW and **intentional
misinformation and  concealment of material facts** by trial attorney and
person **CAITLIN CHRISTIAN**, appealing attorney CAITLIN CHRISTIAN with
**MALICE IN THE LAW OF TORT**. Evidence of email correspondence with
attorney CAITLIN CHRISTIAN will be provided to support this statement. Appeal
attorney who falsified information on appeal. (Malice) and with held documents
told PRECIOUS LANAY FITZGERALD she could not appeal what she did nor
RE-appeal and **FALSIFICATION** of appeal documents *malum prohibitum.*
*Violation of title 18 USC 1001. Violation of title 18 USC 2071.* **See
EXHIBIT: C, EXHIBIT: #2 AND EXHIBIT: F**. Which is a direct **violation of the
American Bars Association. "Rule 1.4 of the ABA Model Rules of
Professional Conduct. This rule states that lawyers must communicate with
their clients in a timely manner and provide them with information that is
necessary for 'them' to make informed decisions about their legal matters.
Lawyers are required to be honest and not make false statements or
withhold information from their clients that would be relevant to their
representation.**

Direct violation of: American Bar Association guidelines for lawyers to
maintain competence in their respective fields. Rule 1.1 of the ABA Model
Rules of Professional Conduct states that lawyers should provide
competent representation to their clients, which requires the legal

2

knowledge, skill, thoroughness, and preparation reasonably necessary for the representation. (Furthermore, resulting from this professional recklessness, morale hazard, and a tort that had an adverse effect on the appeal process and filing dates. Which directly affected the appellant's ability to appeal or re-appeal. All remedies have been exhausted in state court and an extreme miscarriage of Justice has taken place and should be granted a remedy and dressed nunc pro tunc. To uphold THE COURTS US codes, Civil rights, the U.S. human rights AND constitutional rights of all peoples and United Nations rights of indigenous peoples. Which for PRECIOUS LANAY FITZGERALD have been gravely violated which provided the basis, reason and need for relief in appeal that was sabotaged by appealing attorney. Some documents were provided partially due to partial release by attorney. The complete documents regarding all court cases have been requested and the grant for reasonable access is in process. PRECIOUS LANAY FITZGERALD requests that the courts grant time for dependency court to respond and grant request. First request was denied another submitting of file request is in process. See exhibit

PRECIOUS LANAY FITZGERALD BEY, Precious Lanay Fitzgerald Bey [Moorish American] (NOT BLACK, AFRICAN AMERICAN, PPP NEGRO OR COLORED) represents PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald [Moorish American] (NOT BLACK, AFRICAN AMERICAN NEGRO OR COLORED) has publicly and legally proclaimed her Moorish American NATIONALITY.

•Pursuant to (Article 15, Universal Declaration of Human Rights) Everyone has the right to a nationality. No one shall be arbitrarily deprived of his nationality, nor denied the right to change his nationality.

*Pursuant to Prophet Noble Drew Ali and Act 6 of the Moorish American Divine Constitution and By-Laws.

Which states: Act 6. - With us all members must proclaim their nationality and we are teaching, our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People, or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery; but this is a new era of time now, and all men now

3

must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah, the Great God of the universe, ordained Noble Drew Ali, the Prophet, to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites who inhabited the Northwestern and Southwestern shores of Africa.

PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald has undergone an education-based incarceration (see EXHIBIT D) and has continued her healing and education outside of incarceration to address past traumas and issues that brought her into the courts. (See Exhibit #1 of all certificates) PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald is both now a reformed and civil individual that respects all laws according to Prophet Noble Drew Ali and act 4 of the Moorish American Divine Constitution and By-Laws, which states: "All members must preserve these Holy and Divine laws. And all members must obey the laws of government, because by being Moorish American, you are part and partial of the government, and must live life accordingly". PRECIOUS LANAY FITZGERALD follows all laws that do not violate the rights given to her by God "Allah"
. As well as all laws that do not violate the rights of the U.S. constitution that were set in place to protect people who do not know the law in detail.


Legal Communication Disclaimer:


When PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald was a U.S. CITIZEN during this case no violation of rulings or orders were committed in any way specifically pursuant to:

-THE COURTS AND U.S. First amendment right was still active and protected PRECIOUS LANAY FITZGERALD's freedom of speech and communication freely and unrestricted:

•Pursuant to miller vs Kansas 230 f 2nd 486 489:11 "The claim of constitutional rights cannot be converted into a crime"

Point of information:
PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald WAS REFUSED THE RIGHT TO A FAIR TRIAL DUE TO DISCRIMINATORILY BARRED

4

ACCESS TO DISCOVERY. Violation of due process. SPECIFICALLY, TO GATHER THE EVIDENCE THAT WOULD HAVE REMOVED HER AND HER OFFSPRING LEO FITZGERALD FROM THE JURISDICTION OF THE DEPENDENCY COURTS BASED ON THE CHARGES THAT THE DEPENDENCY COURT HAD PLACED UPON HER. Jurisdiction was forced upon PRECIOUS LANAY FITZGERALD BY MEANS OF DEPRAVATION OF RIGHTS.

•violation pursuant to 18 US CODE 241- conspiracy against rights (By government officials and third parties, corporations, agents and reps)

*Violation of title 42 USC 1986 (Neglect to prevent)

•Also pursuant to cooper Vs Aaron, 358 U.S 1,78 s. Ct. 1401 which states "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it"

-THE COURTS AND U.S. first amendment right was still active for freedom of speech and communication unrestricted due to religious beliefs on behalf of PRECIOUS LANAY FITZGERALD:

•Pursuant to Declaration of human rights of indigenous peoples Article 12 (1) "Indigenous peoples have the right to manifest, practice, develop and teach their spiritual and religious traditions, customs and ceremonies; the right to maintain, protect, and have access in privacy to their religious and cultural sites; the right to the use and control of their ceremonial objects; and the right to the repatriation of their human remains."

•pursuant to Miranda v Arizona "where rights are secured by the constitution there can be no rule making or legislation which would abrogate them"

•Pursuant to Watson vs Jones, 80 U.S. 679 (1871): Courts may not interfere in matters of church doctrine or policy

•Pursuant to Cf.kedroff V st. Nicholas cathedral, 344 U.S 94,116 (1952) Court's may not decide matters of church doctrine or governance.

• MOST IMPORTANTLY NO VIOLATIONS OF ANY ORDERS BY LAW WERE MADE PURSUANT TO 18 US Code 242- Depravation of rights under color of

5

law: If the state coverts a liberty into a privilege, the citizen may engage in the right with impunity

- Point of information: **courts should not erase heritage based on opinion and forcefully attempt to determine who is "NOT" indigenous against facts that prove other wise. If that determination is not based on deliberation for the assignment of revenue or funding. That would mean at any given time the courts could pick and choose which people in their eyes were deserving of the rights of indigenous people not ALL indigenous people. It is clear in the very beginning of court that PRECIOUS LANAY FITZGERALD mentioned her Native American connection but was misinformed by dependency trial attorney and told that indigenous people were not included in rights of those colonized. Only people who received funding were worthy of the "Recognition"** spoke of on page 3 of UNITED NATIONS RIGHTS OF INDIGENOUS PEOPLES.  THE UNITED NATIONS RIGHTS OF INDIGENOUS PEOPLES IS A DIRECT CONTRADICTION TO THE FALSE INFORMATION PRECIOUS LANAY FITZGERALD WAS GIVEN. **Resulting in** PRECIOUS LANAY FITZGERALD **telling the courts only of the tribes** she knew she had a connection to that did receive funding but that She had no interest to seek out financial benefits from. PRECIOUS LANAY FITZGERALD was told by trial attorney  not to speak and basically told her **heritage** and **ancestral connections** were worthless no matter if authentic and valid. A direct
- **violation of 42 U.S. Code § 3617 - Interference, coercion, or intimidation**
- **Violation of 18 USC 1001 (Concealment of material information)**
- **Violation of the United Nations rights of indigenous peoples**
- **violation of neglect and failure to protect/act title** 18 USC section 1621

Title 42 USC 1986


If that determination is not made by the courts, then rights afforded to an **indigenous person** should **not be stripped, taken or prohibited** especially if the reason wasn't due to any crime but due to time constraints. (I would like to emphasize that PRECIOUS LANAY FITZGERALD received her release date a month later). that are outside of the scope of federal funding. The recognition of **indigenous** status is based on a combination of factors such as **self-identification, ancestral heritage** which has been **satisfied.**

6

-Due to the nature of this case of **termination of parental rights** and **adoption** being **unconstitutional** and a **depravation of civil and flesh and blood rights** (points of legal dispute will be mentioned in the documents presented in this notice which are above and below this statement).

**MATTER IN QUESTION AND LEGAL DISPUTE FOR REDRESS AND REMEDY:**

On the last court proceeding and predating the court date right before 8/23/2023 on 5/22/2023 Child welfare and **DEPARTMENT OF CHILDREN FAMILY SERVICES intentionally violated**
**[V. [S3.6] WHO MAY EXAMINE DOCUMENTS?**
**........The court may not make any decision based on any report or other document that is not filed with the court. See Guidelines for State Courts; Indian Child Custody Proceedings, 44 Fed Reg 67584 (Nov. 26, 1979), §D**. 1. **Maliciously**, attempting to get the courts to not notice the tribes based on the "SUBMITTED" documents and to only recognize the connection of a **Somali tribe** which is not federally recognized to the courts. To quickly have LEO FITZGERALD adopted and to once again rob PRECIOUS LANAY FITZGERALD OF HER RIGHTS TO DUE PROCESS.

•**The United Nations declaration of rights of indigenous peoples PAGE 7** was not honored titled " **RECOGNIZING", which states: Recognizing that the situation of indigenous peoples varies from region to region and from country to country and that the significance of national and regional**

 •**Also, page 8 Article 2 of declarations of human rights of indigenous peoples were not honored. Which states:**
**Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.**

•**Also, page 8 Article 3 of declarations of human rights of indigenous peoples were not honored**
**Which states: Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.**

7

•Also, Article 4 of declarations of human rights of indigenous peoples were not honored
Which states: in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

•Also, Article 5 of declarations of human rights of indigenous peoples were not honored
Which states:
Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.

•Also, Article 7 (1) & (2) of same article was not honored which states: "Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.
  Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group"

 was ignored and made void with no comprehensible reason other than private **unconstitutional way that** PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald rights **were removed** regarding **time constraints** AND not regarding the reason why the child was removed or the lack of addressing that reason. PRECIOUS LANAY FITZGERALD lack of desire to live with a **tribe** the courts mention and that **tribe** not qualifying for federal funding does not take away her **indigenous rights**. Nor remove her indigenous background or connection which the courts know of. Or **the right of LEO FITZGERALD to have access to his indigenous culture.** PRECIOUS LANAY FITZGERALD only brought up federally recognized tribes due to her being told that was her only choice. Which was an **incorrect and false and professionally immoral tactic**. **(Professional recklessness & a morale hazard and Tort)**

•Also, page of same **Article 8** was not honored which states:
1.   Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

8

2.    States shall provide effective mechanisms for prevention of, and redress for:

- Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities.
- Any action which has the aim or effect of dispossessing them of their lands, territories or resources.
- Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights.
- Any form of forced assimilation or integration.
- Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.    Article 11. (1) of same article was not honored. Article stating "Indigenous peoples have the right to practice and revitalize their cultural traditions and cus-toms. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, artifact's, de-signs, ceremonies, technologies and visual and performing a sand literature.
- This provides the specific remedy for "**REDRESS**" for one of the injustices that have been done. Due to the U.S being an active willing participant in the **UNITED NATIONS DECLARATION OF RIGHTS OR INDIGENOUS PEOPLES**. And no danger took place to deny offspring LEO FITZGERALD OR mother PRECIOUS LANAY FITZGERALD these rights since the **requirements of the courts were met above and beyond satisfactorily.**

- On the last court proceeding dated 5/25/2023.. Person ALI REZA SABOURI , County counsel for DCFS ALI REZA SABOURI and DEPARTMENT OF CHILDREN FAMILY SERVICES **conspired to deprive** PRECIOUS LANAY FITZGERALD DUE PROCESS OF THE INDIAN CHILD WELFARE ACT. Direct:

- •violation of US18 U.S. Code § 2071 - Concealment, removal, or mutilation generally

- •violation pursuant to 18 US CODE 241- conspiracy against rights (By government officials and third parties, corporations, agents and reps)

9

- Explicitly the **INDIAN CHILD WELFARE ACT** STATES:
- **[V. [S3.6] WHO MAY EXAMINE DOCUMENTS?**
- **........The court may not make any decision based on any report or other document that is not filed with the court. See Guidelines for State Courts;**
- **Indian Child Custody Proceedings, 44 Fed Reg 67584 (Nov. 26, 1979), §D. 1**

- . ALI REZA SABOURI , County counsel for DCFS ALI REZA SABOURI Maliciously, attempting to get the courts to not notice the tribes based on the "SUBMITTED" documents and to only recognize the unqualified connection of a Somali tribe which is not federally recognized to the courts. With the malicious intent to rob PRECIOUS LANAY FITZGERALD OF HER RIGHTS TO DUE PROCESS and to manipulate the ruling of the Supreme Court.

### (In re Caden C. (2021) 11
### Cal.5th. 614.

Even if the case of substance abuse in front of the child existed. (Which it did not) The courts do not feel that is enough to **steal a child's future from being able to know THIER biological mother.**

Incarcerated mothers are not lost causes and not automatically disqualified from being able to bond or connect with offspring outside of the incarcerating facility. If that is the case, then the courts would be saying that all incarcerated parents who are willing to change and still able to bond with their offspring are slaves with no rights and that the courts own THIER bodies and property once incarcerated regardless of release and the processes of expungement and certificates of rehabilitation rehabilitation. That the right to parent is a right given BY THE GOVERNMENT WHICH THEY CAN TAKE AWAY. Which is false. PRECIOUS LANAY FITZGERALD WAS GIVEN THAT RIGHT BY HER God "Allah". That would mean the U.S. is stating that education-based incarceration is there for "SHOW" and only there to help the people who don't have children. Not actually there to give all people an EQUAL opportunity to rehabilitate, change and have a chance at life. That there is a war and only a war only on the people who come from environments where trauma runs rampant, and change is not even a recognizable option until something traumatic forces them to realize that the belief systems they've agreed too and the things they were taught will no longer work. That would mean that there is a silent contract that the

flesh and blood mother is under and if she knows nothing of the law then she is under this contract. THAT SHE DOES NOT HOLD NOR DID SHE SIGN. Simply by duress and an unassumed association or naturalization no fault of her own . That would mean that automatically by default all children of incarcerated mothers don't fit the time constraints of that silent contract that has never been read or displayed for them to see. Not taught in public schools and not taught in homes are subject to the cancellation of constitutional rights FOR LIFE. Even if the sentence was only 4.5 years. That would mean that double jeopardy exists in a trial court that can still sentence you to life. Life in permanent separation from the most important person in the world. You child given to you by the grace and loving nature of God, "Allah". Not a right agreed upon and given to women by the U.S. That the mothers civil and the U.S. human rights are dead. That the mother born or naturalized is doomed and automatically CIVILITER MORTUUS. That would mean that she is now a slave and the U.S. then removes the law of God and becomes him.  A silent slavery that only rears its ugly head when its time to severe the rights given to each mother by her God, "ALLAH". Even if the debt is paid and change is applied. The mother is privately-in-law considered hopeless and a lost cause. Then you U.S. offers money to an unrelated person to adopt a flesh and blood persons offspring who had hope and showed the potential and efforts to change.

THIS IS CLEARY UNCONSTITUTIONAL:

1. Fraudulent Misrepresentation: one party makes false statements of material facts, with the intent to deceive the other party and induce them to enter into a contract. Such conduct is generally considered fraudulent and can render the contract voidable.

2. Unconscionability: This doctrine protects individuals from unfair contracts that are so one-sided or oppressive that they shock the conscience. If a contract is deemed unconscionable, it may be unenforceable in whole or in part.

3. Coercion or Duress: Contracts entered into under duress or coercion, where one party is forced or threatened into signing against their will, are generally not enforceable.

4. Undue Influence: contracts that are a result of undue influence, where one party exploits a position of power or trust to manipulate the other party's decision-making, may be voidable.

All of these are examples of voidable contracts so what is the result of a contract that was never signed nor agreed too? BY DENYING A PERSON DIRECT ACCESS AND PROTECTIONS AFFORDED BY U.S. PARENT COMPACT (ORGANIC) CONSTITUTION WITH OUT UNCONSTITUTIONAL MANIPULATIONS FOR FINANCIAL BENEFITS OR GAIN. MAKING THOSE AT WAR AT WAR WITH THIS SAME CONSTITUTION THEY HAVE SWORN TO UPHOLD.

- Also pursuant to cooper Vs Aaron, 358 U.S 1,78 s. Ct. 1401 which states "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it"

- •pursuant to Miranda v Arizona "where rights are secured by the constitution there can be no rule making or legislation which would abrogate them"

- violation pursuant to 18 US CODE 241- conspiracy against rights (By government officials and third parties, corporations, agents and reps)

- Violation of US code title 18 section 241 (Conspiracy against rights under color of law)

- Violation of U.S. Code 18 section 3751 (FORCED COMPLIANCE OF CONTRACTS NOT HELD OR DISCLOSED AND FORCED INTO UNDER DURESS THROUGH" DECEPTUS") SLAVERY

- Violation of 18 USC 219 (ACTING AS AGENTS OF FOREIGN PRINCIPALS)

- Violation of U.S. code Title 18 section 1584 (Involuntary servitude)

If the courts read the trial of the last hearing where Mother PRECIOUS LANAY FITZGERALD DESCRIBED HER RELATIONSHIP WITH HER OFFSPRING.

WHICH WAS PART OF A DUE PROCESS (TRAIL) THAT SHE WAS AFFORDED THAT WOULD NOT HAVE MADE A DIFFERENCE BECAUSE THE DUE PROCESS THAT WOULD HAVE PROVEN SHE DID NOT BELONG IN THE COURTS JURISDICTION (COMMIT THE ACT OF SMOKING MARIJUANA IN THE CAR WITH THE BABY LEO FITZGERALD) (WHICH IS WHAT SHE WAS HELD TO ANSWER TO) SHE WAS DENIED. BIASED AND DISCRIMINATORY TRIAL PROCESS.
 WAITING ON REASONABLE REQUEST FROM DEPENDENCY COURT TO RELEASE DOCUMENTS.

•**Violation of US code title 18 section 241 (Conspiracy against rights under color of law)**

•**Violation of U.S. code Title 18 section 1584 (Involuntary servitude)**

 **Forced to stay in the jurisdiction of the department of children and family social services and the Dependency courts unconstitutionally under a contract she did not sign, nor could she fight against because she was not taught law**

- **Violation of 18 USC 872 (EXTORTION OF RIGHTS)**

- **Violation of U.S. Code 18 section 3751 (FORCED COMPLIANCE OF CONTRACTS NOT HELD OR DISCLOSED AND FORCED INTO UNDER DURESS THROUGH" DECEPTUS") SLAVERY**

- **Violation of US code 201 (Misuse of government position)**

 PRECIOUS LANAY FITZGERALD "FOUND MINERVA WILSON. (**SEE EXHIBIT F) WHICH TELLS THE COURTS THAT PRECIOUS LANAY FITZGERALD "FOUND" MINERVA WILSON.** THE SECRET PLAN OF ADOPTION WAS ALREADY IN PROCESS BY THE PERSON MINERVA SIMS WILSON AND THE DEPARTMENT OF CHILDREN AND FAMILY SOCIAL SERVICES UNBEKNOWNST TO PRECIOUS LANAY FITZGERALD. PRECIOUS LANAY FITZGERALD AND MINERVA WILSON HAD A SUCCESSFUL RELATIONSHIP AND PLAN FOR MINERVA WILSON TO ONLY TAKE LEGAL GUARDIANSHIP UNTIL PRECIOUS LANAY FITZGERALD WAS RELEASED. SECRET MEANING: PRECIOUS LANAY FITZGERALD WAS MANIPULATED AND TOLD THAT THERE WAS NO DIFFERENCE AND SHE WOULD BE GIVEN LEO BACK REGARDLESS. ONCE PRECIOUS LANAY FITZGERALD FOUND OUT

13

WHAT WAS GOING ON SHE WAS AGAINST ADOPTION AND THE CHANGE OF PLANS THAT COULD TERMINATE GER RIGHTS. THEN FALSE CLAIMS BEGAN BY MINERVA SIMS WILSON. **INTENTIONAL DISHONESTY**. THE LETTER THAT WAS WRITTEN WAS BASED ON **THE INTENTIONAL MISREPRESENTATION OF FACTS BY THE DEPARTMENT AND MINERVA SIMS WILSON**. WHOM PRECIOUS LANAY FITZGERALD TRUSTED FOR YEARS TO CARE FOR HER OFFSPRING UNTIL SHE WAS FREE.

IF 4 YEARS OLD IS OLD ENOUGH TO REMEMBER SEVERE TRAUMA. HOW DO THE COURTS MAKE OTHER FORMS OF BONDING WITH THOSE CHILDREN WHO HAVE BOTH A **GENETIC AND SPIRITUAL AND CULTURAL BACKGROUND CONNECTION** INVALID?

SPECIFICALLY FOR THE INCARCERATED PARENT? WHO IS PHYSICALLY UNABLE TO DO ANYTHING ELSE BUT GO ABOVE AND BEYOND THE SATISFACTIONS OF THE COURT. IN **CADEN .C** YOU WILL SEE THAT WHILE THE MOTHER HAD SEVERAL REMOVALS. SHE STILL SATISFIED THE CASE PLAN AND **CURRENTLY MAINTAINS EFFORT TO ADDRESS ISSUES**. SO MOTHERS WHO ARE NOT INCARCERATED CAN LOSE HER BIOLOGICAL OFFSPRING TO A PERSON WHO HAS NO GENUINE REASON TO LOVE THEM BEYOND THE LOVE OF THE NATURAL MOTHER. WHO HAS PROVEN HER DESIRE IS TO DO BETTER AND PROVIDE THAT LOVE. YET THE FIRST ACTAUL LOSS OF A INCARCERATED MOTHER WILL RESULT IN A LIFE SENTENCE ON EARTH WITH OUT HER OFFSPRING SHE HAS BEEN GIVEN A RIGHT AND APPOINTMENT TO BY HER God, "**ALLAH**". THE COURTS RULED

- **Watson vs Jones, 80 U.S. 679 (1871): Courts may not interfere in matters of church doctrine or policy**

- **Cf.kedroff V st. Nicholas cathedral, 344 U.S 94,116 (1952) Court's may not decide matters of church doctrine or governance.**

- **THE FIRST AMENDMENT ALSO PROTECTS RELIGON AND HAVING GIVEN ONE MORE MONTH TO PRECIOUS LANAY FITZGERALD TO HAVE AN ESTABLISHED FORSEEABLE RELEASE DATE WHICH IS THE REASON THAT THE RIGHTS WERE TERMINATED WOULD HAVE BEEN HEALTHY FOR THE CHILD. DUE TO THE BOND THAT ALREADY EXISTED AND DUE TO THE OBVIOUS EFFORT TO**

14

### EXCEED BEYOND WHAT THE COURTS HAD ASKED OF PRECIOUS LANAY FITZGERALD.

WHICH PRECIOUS LANAY FITZGERALD DID AND IS STILL TO THIS DAY DOING, AS WELL. PRECIOUS LANAY FITZGERALD NOT ONLY DID **PARENTING, DOMESTIC VIOLENCE, ANGER MANAGEMENT, AA, NA, HEALING FROM TRAUMA, COUNSELING, AND SUBSTANCE ABUSE BUT EXTENSIVELY TOOK PART IN THERAPY** AND **ADDRESSING THE REASONS THAT BROUGHT HER TO THE COURTS IN THE FIRST PLACE** IN THE FIRST MONTHS OF BEING INCARCERATED.(SEE EXHIBIT D AND EXHIBIT #4) SHE WAS HELD TO ANSWER THE CHARGE OF SMOKING MARIJUANA IN THE CAR WITH HER OFFSPRING AND THAT WAS IT. IN DEPENDECY COURT. HOWEVER, THE COURTS DENIED THE DUE PROCESS ENTITLED TO ALL MOTHERS. SHE WAS DENIED THE ABILITY TO BE FREED FROM THE SLAVERY THEY CONSPIRED TO PLACE HER IN WITH OUT REMEDY. TO SEE THAT THIS MOTHER TOOK MORE CLASSES AND MADE MORE PROGRESS THAN THE AVERAGE PERSON. AS THE COURTS OPENLY COMMENDED ON THE RECORD AND THEN SAY THE MOTHER STILL HAS NO RIGHTS IS **"CRUDELIS ET INSITATUS"**. PRECIOUS LANAY FITZGERALD WAS **REFUSED THE ABILITY TO INCLUDE A PSYCHOLOGIST'S REPORT** AS **CADEN .C  (SEE EXHIBIT I)** WAS AFFORDED the right. Though she also requested. And was **vehemently denied**. IN FACT, SHE WAS **DENIED THE ONE MAIN PIECE OF EVIDENCE IN DUE PROCESS THAT WOULD HAVE FORCIBLY REMOVED LEO FITZGERALD FROM THE JURISDICTION OF DEPARTMENT OF CHILDREN AND FAMILY SOCIAL SERVICES AND THE DEPENDENCY COURT. DUE PROCESS OF DISCOVERY AND ABILITY TO GATHER AND PRESENT EVIDENCE IN HER DEFENSE**. IF A PERSON IS DENIED THIS RIGHT, THEN THE OFFICERS, AGENTS, REPS ,OR 3RD PARTIES  DENYING THE RIGHT ARE IN FACT OPERATING OUTSIDE OF THE **LAW OF THE CONSTITUTION**

**\*Cooper Vs Aaron, 358 U.S 1,78 s. Ct. 1401**
**which states "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it"**

**\*Violation of 18 USC 872 (EMPLOYEES AND OFFICERS OF THE U.S. USING OFFICIAL POSITION TO OBTAIN SOMETHIN OF VALUE FROM ANOTHER PERSON BY FORCE......)**

15

PRECIOUS LANAY FITZGERALD WAS DISCRIMINATORILY DENIED THE SAME RIGHTS AS WE SEE CADEN .C AND WAS DENIED THE BASIC **DUE PROCESS** THAT IS AFFORDED TO ALL BY THE CONSTITUTION. THAT IS BASED ON THE INCOMPETENCE AND **MALICIOUSNESS OF THE ATTORNEY** AND THE **RECKLESSNESS OF THE COURTS**. The COURTS DO NOT PHYSICALLY OWN PRECIOUS LANAY FITZGERALD'S BODY. NOR THE BODY OF PRECIOUS LANAY FITZGERALD'S OFFSPRING. TO TOTALLY REMOVE ALL ABILITY FOR PRECIOUS LANAY FITZGERALD'S RIGHT TO SEEK COMPETENT AND COMPLETE REMEDY AND THE DUE PROCESS OF DISCOVERY AND RAISE THESE RELEVANT ISSUES IN REGARD TO COLLECTING EVIDENCE IN THE ONLY REASONABLE FORM AVAILABLE TO HER A "**DRUG TEST**" WITHIN THE INSTITUTION OF INCARCERATION. SAYING NO TO THIS WOULD MEAN THAT ALL PEOPLE IN THIS SITUATION ARE STRIPPED OF THE RIGHTS OF THE CONSTITUTION AND A FAIR AND UNBIASED TRIAL. FORCED INTO A GUILT THEY CAN NOT DEFEND. AND THIS IS UNEQUIVOCALLY UNCONSTITUTIONAL. THEN LIKE A SLAVE, FORCE HER AND HER OFFSPRING LEO FITZGERALD TO STAY IN THE JURISDICTION OF THE DEPENDENCY COURT WITH **NO LEGAL OR FORESEEABLE WAY TO OBTAIN DUE PROCESS OR REMEDY** WHILE INCARCERATED. **NEGLECT OF THE COURTS AND DEFENSE**. IF THE COURTS KNOW THAT A PEROSN IS NOT PHYSICALLY EQUAL TO THE NON-INCARCERATED PARENT.

THAT IS LIKE SAYING TO SOMEONE HANDICAPPED THAT THE BUS WILL NOT WAIT AND PROVIDE THE ASSISTANCE FOR OBVIOUS PHYSICAL LIMITATIONS THAT THE PERSON NEEDS. IF THE PERSON WAS SHOT IN A DRIVE BY. THROUGH WILLING CONNECTION AND ACTIVITY THAT THE LAW DOES NOT PERMIT. WHICH IN TURN LED TO THE RETALIATION OF SOME SORT. THE ACCOMMODATIONS FOR DISABILITY AND LAWS APPLY EITHER WAY EQUALLY WITH NO DISCRIMINATION. WETHER THE PERSON WAS BORN THAT WAY OR PLAYED A PART THAT THE LAW DOES NOT AGREE WITH TO CAUSE IT. AND SURELY THE COURTS CAN SEE THAT CHILDREN ARE EVEN MORE HANDICAPPED THAN THE ACTUAL PHYSICAL HANDICAPPED PERSON. BEING THAT THEY ARE YOUNG AND WANT TO BELONG WITH PEOPLE THEY ARE NOT JUST LOVED BY. BUT THOSE THAT THEY ARE GENETICALLY CONNECTED TO. WHICH IS WHY IT IS COMMONLY KNOWN THAT OFF SPRING OFTEN SEARCH FOR A GENUINE CONNECTION TO WHO THEY ARE GENETICALLY CONNECTED TOO. TO FEEL A SENSE OF BELONGING THAT CAN NOT ALWAYS BE FULFILLED IN AN ADOPTED HOME. BECAUSE THE EXPLANATION OF UNEXPLAINABLE PARTS OF THIER

==IDENTITY AND CULTURE AND HERITAGE CAN ONLY COME FROM THOSE THEY ARE RELATED TOO. DISCRIMINATION IN THIS CASE SHOULD NOT BE OVERLOOKED BY THE UNITED STATES COURTS.==

•Violation of neglect and failure to protect/act title 18 USC section 1621 Title 42 USC 1986

•Violation of 18 US Code 242- Depravation of rights under color of law: If the state coverts a liberty into a privilege, the citizen may engage in the right with impunity

It is unconstitutional to make someone guilty of something by removing the constitutional right of defense and due process.

If I might add even prisoners of war have due process of a fair and impartial trial

THE PREVIOUS COURTS ARE VIOLATING THE CONSTITUTION, CIVIL AND THE U.S. HUMAN RIGHTS SIMPLY PUT. THE APPEALS COURT WERE NOT MADE AWARE OF ALL EXISTING ISSUES BECAUSE AS YOU CAN SEE IN THE EVIDENCE OF THE EMAIL CORRESPONDENCE THAT PRECIOUS LANAY FITZGERALD HAD WITH ATTORNEY CAITLIN CHRISTIAN AND DUE TO PHONE CONVERSATIONS HAD WITH CAITLIN CHRISTIAN SHE WAS REFUSED THE RIGHT TO DO SO. THOUGH SHE MADE MANY PLEAS. AND NUMEROUS PLEAS VIA TELECOMMUNICATION. WHEN PEOPLE AND MOTHERS ARE FREELY BORN WITH THE RIGHT GIVEN TO CARE FOR THIER OFFSPRING BY GOD "**ALLAH**". SO WHY WOULD THE OFFSPRING BE TRAFFICKED EVEN WHEN THE REQUESTS MADE BY THE DEPARTMENT OF CHILD WELFARE AND THE COURTS WERE MET. WHEN A MOTHERS OFFSPRING HAS BECOME ACCUSTOMED TO ROUTINE AND HAS EXPERIENCED THE CONSISTENCY AVAILABLE TO THE INCARCERATED PARENT AND HER OFFSPRING. THE GOAL SHOULD BE TO PROVIDE REASONABLE ACCESS TO THAT MOTHER WHO HAS SHOWN A DESIRE AND PUT FORTH ACTION TO MEET THE SATISFACTIONS OF THE COURT. (IT WAS NOT UNREASONABLE OR DETRIMENTAL TO WAIT ONE MORE MONTH. **THE COURTS' GOAL SHOULD BE TO REUNITE AND OFFER RESOURCES UPON THE RELEASE OF INCARCERATED MOTHERS. JUST AS THEY GIVE TO THE FREE MOTHER. NOT ERASE AN INDIGENOUS CHILDS BIOLOGICAL HISTORY AND CONSENT TO THE INDIGENOUS CHILD BEING COERCED AND LIED TO IS WHY THE UNITED**

17

NATIONS RIGHTS OF INDIGENOUS PEOPLE WERE CREATED. TO
PREVENT THE REPEATING OF HISTORY DURING COLONIALISM OF
INDIGENOUS PEOPLE.

THIS IS A DIRECT VIOLATION OF:
- **18 USC 2252**
- **18 USC 1201**

THE COURTS TOOK PRECIOUS LANAY FITZGERALD'S OFF SPRING
CONTRA CONSTITUTIONEM AND OFFERED MONETARY COMPENSATION
FOR THE CARE OF OFFSPRING LEO FITZGERALD. (HUMAN TRAFFICKING
AND KIDNAPPING AND AIDING AND ABETTING) WHEN IN THE
FORESEEABLE FUTURE PRECIOUS FITZGERALD WAS GOING TO BE
RELEASED AND HAD ALREADY SHOWN THAT SHE WOULD GO ABOVE
AND BEYOND TO SATISFY WHAT WAS ASKED.
AIDING AND ABETTING CHILD TRAFFICKING AND THE DESTRUCTION OF
FAMILIES AS WELL AS AIDING AND ABETTING USING THE OFFICE TO
ABUSE THIS POWER:

VIOLATION OF •TITLE 18 USC 1201 (KIDNAPPING)

•VIOLATION OF TITLE 18 USC 872 (EXTORTION OF RIGHTS)

•VIOLATION OF TITLE 18 USC 2 (AIDING AND ABETTING)

THE EXCESSIVE AND DULY HARSH PUNISHMENT DOES NOT FIT THE
CHARGE IN THE DEPENDENCY COURT. NOR DID THE COURT PROVIDE A
PHYSICAL WAY FOR MOTHER TO HAVE ACCESS TO DUE PROCESS TO
DEFEND SELF AGAINST THE CHARGE. THE REALITY IS THAT THE
COURTS ARE STILL ISSUING LIFE SENTENCES TO PEOPLE BY WAY OF
ETERNAL SEPARATION FROM THE OFFSPRING THAT THE MOTHER
CREATED. HOW IS IT CONSTITUTIONAL TO DENY DUE PROCESS AT
EVERY TURN. AND ALL THE WHILE THE MOTHER IS REHABILITATING AND
MEETING THE REQUIREMENTS OF THE COURTS. YET,  SHE IS A MONTH
TOO LATE IN HAVING A RELEASE DATE. AND MUST SUFFER THAT LOSS
FOR THE REST OF HER LIFE. AND MUST SUFFER THAT LOSS SILENTLY
OR ELSE. SHE HAS BEEN TRICKED BY THE CAREGIVER SHE TRUSTED.
HOW EVER FRAUD AND THEFT IS ILLEGAL. BUT NOT THE
**MISREPRESENTATION OF FACTS** REGARDING A CHILD? NOT THE THEFT

18

OF A CHILD BY A PERSON YOU TRUSTED? WE MUST START QUESTIONING THIS **LAPSE IN MORALITY** AND HYPOCRISY FOR THE SAKE OF THE CHILD. FOR THE SALKE OF THE RIGHTS OF **INDIGENOUS** PEOPLE.

LEO FITZGERALD HAD BONDED WITH HIS MOTHER AND KNOWS THIS PERSON AS MOMMIE. HOW DOES THE COURT HAVE THE RIGHT TO **MANIPULATE** IN THIER FAVOR UNCONSTITUTIONALLY. WHOM THE RIGHT GIVEN BY **ALLAH** HER GOD TO BE A MOTHER BELONGS TO AND TO DENY A MOTHER A RIGHT TO CHANGE AND APPLY HERSELF OUTSIDE OF INCARCERATION. WHEN THAT MOTHER WENT ABOVE AND BEYOND TO SATISFY THE COURTS WHILE INCARCERATED. MOTHER HAD A CONSISTENT CONNECTION TO THIS CHILD. THAT THE COURTS DECIDED TO DISSOLVE BECAUSE ONE EXTRA MONTH OR TWO WAS TOO LONG. MOTHER CALLED A MINIMUM OF 2-4 TIMES PER WEEK EXCEPT DURING LOCK DOWNS WHERE ONLY ONE CALL PER WEEK WAS GIVEN. **SEE EXHIBIT #2 SEE EXHIBIT #3** Other exhibits will be applied once documents by courts are released. Attorney CAITLIN CHRISTIAN intentionally after filing false documents in appeal with held partial records of phone calls up until 2022 maliciously.

**WHEN WE CLEARLY SEE THAT THE COURTS MAKE EXCEPTIONS IN TIME CONSTRAINTS IN THIS CASE WHERE THE MOTHER WAS GIVEN 6 ½ YEARS TO GET HER CHILD BACK. Fogarty-Hardwick v. County of Orange California Court of Appeals, Fourth District, Third Division No. G039045 (Cal. Ct. App. Jun. 14, 2010). ONE OR TWO MORE MONTH WHICH IS WHEN PRECIOUS LANAY FITZGERALDS RELEASE DATE WAS ISSUED WAS NOT DETRIMENTAL TO A CHILD WHO WAS BONDING WITH THE MOTHER ALREADY. IN CONSTANT COMMUNICATION AND RECOGNIZED THE MOTHER IN VISITS.**

THIS INJUSTICE TO THE PEOPLE OF THIS COUNTRY AND ALL PLACES MUST STOP. IN THE NAME OF HEALING FROM TRAUMA. BREAKING GENERATIONAL CURSES. AND MOST IMPORTANTLY MUST STOP IN THE NAME OF AND FOR THE AMERICAN FAMILY. WHEN REQUIREMENTS ARE MET THERE MUST BE COMPASSION FOR THE OFFSPRING AND THE MEDIATION AND REUNITING OF FAMILIES WHO HAVE SHOWN THAT THEY ARE CAPABLE OF APPLYING THEMSELVES SATISFACTORILY.

19

Furthermore, a reasonable effort for competent assistance of counsel was made before time constraints expired. ( SEE EXHBIT #2) The person, CAITLIN CHRISTIAN and attorney CAITLIN CHRISTIAN who represented PRECIOUS LANAY FITZGERALD refused to bring up any legal points that would mention any of these errors but one in the appeal.  Falsely communicated with PRECIOUS LANAY FITZGERALD THAT SHE WAS NOT ALLOWED TO BRING IN ANY DEFENSE REGARDING THE MISCONDUCT and **deprivation of rights OF THE TRIAL COURTS OR REPS OR COUNSEL IN THE TRIAL COURT. IN APPEAL DURING TELECOMMUNICATION IN THE BEGINNING OF CONTACT. WHICH WE SEE IS FALSE ACCORDING TO:**

•Violation of 18 US Code 242- Depravation of rights under color of law: If the state coverts a liberty into a privilege, the citizen may engage in the right with impunity

•violation pursuant to 18 US CODE 241- conspiracy against rights (By government officials and third parties, corporations, agents and reps)

•Violation of neglect and failure to protect/act title 18 USC section 1621 Title 42 USC 1986


THESE  ABOVE US CODES STATE OTHER WISE.

 PRECIOUS FITZGERALD WAS ALSO TOLD SHE WAS NOT ALLOWED TO BRING UP THE MISCONDUCT OF THE TRIAL ATTORNEYS. PRECIOUS LANAY FITZGERALD WAS TOLD THAT SHE HAD NO CHOICES OR OPTIONS TO BE ABLE TO DEFEND HERSELF ON APPEAL OTHER THAN WHAT CHRISTIAN SAID SHE COULD.

**THE RIGHT TO COMPETENT AND UNBIASED COUNSEL IS A FUNDAMENTAL ASPECT OF DUE PROCESS. WHICH FAILED PRECIOUS LANAY FITZGERALD IN BOTH THE TRAIL COURTS AND THE APPELLATE PROCESS. PRECIOUS LANAY FITZGERALD WAS NOT ADEQUATELY REPRESENTED. NOR GIVEN A FAIR AND IMPARTIAL TRIAL. THE POWER DYNAMIC BETWEEN THE ACCUSED IN THIS CASE AND THE GOVERNMENT WAS UNBALANCED CONSTITUTIONALLY.**

20

- THOUGH THE PURPOSE OF APPEAL IS TO DO JUST THAT. PRECIOUS LANAY FITZGERALD HAD NO REMEDY OR CURRENT ABILITY TO DEFEND HERSELF AGAINST THE INFORMATION MENTIONED IN THE FORMER APPEAL TO THE COURTS FOR REMEDY AND DRESS. MS FITZGERALD WAS TOLD SHE HAD NO RIGHTS BUT THE RIGHTS CHRISTIAN CAITLIN SAW SHE DESERVED AND THAT SHE WAS ONLY ALLOWED TO APPEAL MISCONDUCT OF MATERIAL INFORMATION REGARDING THE TRIAL COURTS, TO THE SAME TRIAL COURTS WHO SAW THE TRAIL FOR DEPENDENCY COURT THROUGH. WHICH AFTER SEEING THE DEPRAVATION OF DUE PROCESS WOULD BE AN APPARENT CONFLICT OF INTEREST. PRECIOUS LANAY FITZGERALD adamantly requested directly to person CAITLIN CHRISTIAN these laws and specific events that qualify (SEE Exhibit #2 of email communication in support of some of this will be provided) With person Emily Beaghan, ATTORNEY EMILY BEAGHAN and person Christian Caitlin, ATTORNEY CHRISTIAN CAITLIN that PRECIOUS LANAY FITZGERALD is presenting to the courts. And PRECIOUS LANAY FITZGERALD'S apparent plea and the attorneys confessions of refusal to assist cannot be ignored. Which had it been done competently and correctly would have brought the current err in Justice to the appeals court's attention. Which forced PRECIOUS LANAY FITZGERALD to learn law and defend herself. . Professional duty was breached for competent representation in full. ATTORNEY CAITLIN CHRISTIAN refused PRECIOUS LANAY FITZGERALD ORAL ARGUMENT AND DEFENSE. **All this results in a direct violation of her due process to seek remedy against deprivation of rights under the color of law**.

- **Violation of US code 42 section 1985.**

**Furthermore This behavior is a direct violation of the American Bar Association's Model Rules of Professional Conduct which state that "lawyers must not knowingly make false statements of material fact or law to a client". Furthermore, resulting in a discriminatory appeal process and violation of due process. With no relief available to her. From this professional recklessness, morale hazard, and tort which unequivocally had an adverse effect on the appeal process and filing dates.**

21

(Procedural error, reversible error, Professional recklessness & a morale hazard and Tort which directly affected my ability to appeal and had it not taken place could have changed the appeal courts decisions)

**FURTHER MATTER IN QUESTION AND LEGAL DISPUTE:**
Person **PHILIP L. SOTO**, Philip L. Soto has made PRECIOUS LANAY FITZGERALD and her offspring LEO FITZGERALD a slave of involuntary servitude and subjugation and removal of all autonomous rights and indigenous rights even before the termination of parental rights were stated on the record by the depravation of rights afforded by the constitution and due process. PRECIOUS LANAY FITZGERALD AND LEO FITZGERALD are both being held captive under a life sentence of separation that does not fit the charges that were held in dependency court case **#18CCJP01771A** which is a violation of The **13th amendment**

HONORABLE JUDGE PHILIP L. SOTO made the claim and charge against PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald (That all adults were smoking marijuana in the car) and sentenced LEO FITZGERALD, Leo Fitzgerald and PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald to life in bondage and involuntary servitude (Subjugation). Taking PRECIOUS LANAY FITZGERALD AND LEO FITZGERALD's **natural born autonomous rights to both biological family and connection to indigenous descent**. Putting LEO FITZGERALD, Leo Fitzgerald AND PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald in **unlawful bondage with an life sentence. Due process and refusal to allow PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald to present evidence of the requested drug test made PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald guilty by automatic default** and **removed her ability to defend herself against charges in dependency court to collect and present evidence for discovery in the dependency trial process**. Which had that factual due process been given it would have thrown out the case and taken LEO FITZGERALD from under the jurisdiction of the dependency court immediately. (The **5th amendment to the right to life, liberty and the pursuit of happiness is protected**). Had the refusal to not honor due process not taken place (Grandmother)  Ayeesha Williams, AYEESHA WILLIAMS would have taken LEO FITZGERALD. (Grandmother Requested to get Leo but due to a 30-year-old dependency case which was closed she was given a hard time and refused)

•By allowing one more month to get official release date no err in justice would have taken place and LEO FITZGERALD would not have been in danger

22

because PRECIOUS LANAY FITZGERALD satisfied the requirements of bonding and completing the case plan. (SEE Exhibit #3 of personal phone call logs and SEE EXHIBIT #4 of social services documents provided to the courts stating that offspring LEO FITZGERALD, Leo Fitzgerald offspring of PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald, interactions with PRECIOUS LANAY FITZGERALD During visits. The terms of PRECIOUS LANAY FITZGERALDS parental rights were terminated on were **UNCONSTITUTIONAL AND CRUEL AND UNUSUAL**

• (THE COURTS AND U.S.) **5th amendment violation** of the due process of taking property from a person took place
• (THE COURTS AND U.S.) **6th amendment Violation** of the due process of trial and discovery was violated
•but not limited too
•If not willfully corrected this will be a violation of **18 US CODE 241- conspiracy against rights (By government officials and third parties, corporations, agents and reps)**

Exhibit (5) : When PRECIOUS LANAY FITZGERALD requested a drug test on the record on **March 20th 2018.** The transcripts did not reflect that. **The transcripts on page 7 line 27 and 28** states that PRECIOUS LANAY FITZGERALD said **"may I ask a question and was commanded by courts to ask her attorney". How ever if  a question needed to be asked directly to the courts. Why was it not asked by the attorney if PRECIOUS LANAY FITZGERALD was not allowed to speak. That is because this was placed there to redact and misrepresent and conceal facts of the case. What was supposed to reflect there the actual request that** PRECIOUS LANAY FITZGERALD directly said to person PHILIP L. SOTO, JUDGE PHILIP L. SOTO. SWORN IN BY THE UNITED STATES TO UPHOLD THE CONSTITUTION on the record **"requesting a drug test"**. ATTORNEY DANIELLE GERSH REFUSED TO ASK ON HER BEHALF OR BRING IT UP EVEN AFTER PHILIP L. SOTO DENIED THE REQUEST. AND NO WHERE DID THE ATTORNEY REFERENCE TO THE COURT THE FALSE QUESTION TO THE COURT THAT WAS PRINTED AFTER THAT STATEMENT BECAUSE THE ACTUAL QUESTION WAS ASKED DIRECTLY TO PHILIP L. SOTO.  (**Professional recklessness, a morale hazard and Tort which had it been raised in appeal and had the refusal to appeal this depravation and ILLEGAL CONDUCT ACCORDING TO US CODE it could have changed the appeal courts decisions)** Instead that is where the person MICHELLE D. MONTERO, court reporter MICHELLE D. MONTERO CSR NO. 11463 official reporter concealed

23

removed and replaced the words which made it non-appealable. Which is both biased and untruthful and a violation of due process. And direct

- **Violation of US code 42 section 1985.**

**Violating the due process and discovery process of trial** in dependency court and **unconstitutionally preventing the ability to prove innocence based on MATERIAL FACTS** that she MICHELLE D. MONTERO CSR NO. 11463 official reporter concealed willfully and knowingly.

Making PRECIOUS LANAY FITZGERALD guilty without being able to present proof on any level of doubt not just the doubt mentioned in criminal court or any court. COMPLETELY DEPRIVED OF THE RIGHT TO DO SO. **Robbing PRECIOUS LANAY FITZGERALD of her DUE PROCESS**. Making PRECIOUS LANAY FITZGERALD a slave with complete loss of (COURTS AND U.S) due process and constitutional rights. With a LIFE sentence of termination of parental rights that was guaranteed to never to be questioned or appealed due to this err in justice and concealment.

**•Also pursuant to cooper Vs Aaron, 358 U.S 1,78 s. Ct. 1401 which states No state legislator, or executive or judicial officer can war against the Constitution without violating his solemn oath to support it.**

Which is a violation pursuant to

**•18 U.S. Code § 2071 - Concealment, removal, or mutilation generally.**

**•Also, a violation pursuant to 18 US CODE 241- conspiracy against rights (By government officials and third parties, corporations, agents and reps)**

- **U.N. Charter arts. 1, 73 (recognizing self-determination of people as a guiding principle and obliging members to "take due account of the political aspirations of the peoples" inhabiting non-self-governing territories under a member's responsibility)**
- **Atlantic Charter, U.S. - U.K., Aug. 14, 1941 (endorsing "respect [for) the right of all peoples to choose the form of government under which they will live");**

2 4

Moreover, forcing PRECIOUS LANAY FITZGERALD and LEO FITZGERALD into a life sentence of bondage and involuntary servitude (SUBJUGATION) . (Stripping LEO FITZGERALD of his right to biological family, indigenous background and Nationality.

•Also pursuant to the **violation of** your constitutions **13th Amendment** which was the abolition of INVOLUNTARY SLAVERY and pursuant to

•**18 us code 1584 involuntary servitude**

These violations raise the question that had these errs in Justice and violation of due process and malice in regard to attorneys and judicial officers and court reporters not taken place would the appeal decision have been different for PRECIOUS LANAY FITZGERALD. **DID THESE ACTIONS ADVERSELY AFFECT THE APPEAL PROCESS? IRREFUTABLY SO. Would there have been a possible overturn due to other circumstances mentioned in this document of supporting evidence. Most undoubtedly yes. These consequences have caused severe damage to the Appealant party. Because had the information been submitted in appeal. Had the truthful words of PRECIOUS LANAY FITZGERALD, Precious Lanay Fitzgerald's request for discovery (to gather and present evidence and proof) that was denied been transcribed truthfully it would have changed the appeal decision without a doubt.**

This was a violation of the dependency trial due process. Violation of right to appeal.

And be represented by unbiased and competent counsel.
This is also a violation of

•**18 US CODE 241 Conspiracy against rights.**

PRECIOUS LANAY FITZGERALD made regular visits with her offspring LEO FITZGERALD that were set up and phone calls to offspring LEO FITZGERALD several times a week during entire incarceration and PRECIOUS LANAY FITZGERALD went above and beyond to make significant progress in resolving the case as described in court date **October 25, 2018, page 2 line 28, page 3 lines 1-10. Also, on page 4 lines 24-28 and page 5 lines 1-9 on same court transcripts. (Minutes of October 25, 2023) (SEE EXHIBIT #4)** where the courts address how I went above and beyond and did more than what was asked. Visits

25

were referenced on court date **January 25th, 2021, page 2 lines 16-20. (SEE EXHIBIT C)**

•To state that PRECIOUS LANAY FITZGERALD'S offspring LEO FITZGERALD will not be harmed IN THE FUTURE emotionally or mentally by removing his biological and indigenous connection to his mother whom he had already grown to know as Mommie and had physically seen and talked to up until the age of 5. Which is school age. Which is when every child around him is saying "Mommie this" and "Mommie that". Knowing that Mommie has already created a memory in his little mind that the dependency court only "hopes" to erase and replace. AS THEY HOPE TO ERASE PRECIOUS LANAY FITZGERALD'S NATURAL RIGHT FROM HER ONLY MASTER AND OVER SEER "**ALLAH**". HER NATURAL RIGHT TO BE A MOTHER. NO RIGHT IS GIVEN TO THE U.S. IN THE CONSTITUTION TO SAY BY ANY MEANS A PERSON CAN NOT BE A PARENT DUE TO THEM BEING INCARCERATED. ESPECIALLY IF THE PARENT OVER SATISFIED THE REQUIREMENTS, THEY PLACED ON THE MOTHER OF LEO FITZGERALD TO GET HIM BACK. BEING A MOTHER IS NOT A RIGHT GRANTED BY THE U.S. SO THE U.S. HAS NO POWER TO TAKE IT FOR THE REASONS THAT THE PARENTAL RIGHTS WERE actually and factually TERMINATED on. How ever it cannot be said with certainty that a child who is only now 6 would not be harmed by robbing him of these rights. It cannot be factually said LEO FITZGERALD would not be harmed by the court's decision in the future. **If the courts desire is the best interest of the child. The future (NOT JUST THE PRESENT mental and emotional health of the child should also be taken into consideration based on the facts. To have LEO FITZGERALD lied to his whole life growing up. Believing his mother is crazy or wasn't willing to change for him and then for him to have to turn around and find out that she changed her whole life and made decisions that were now not in just her best interest but his as well is damaging to the mental health and emotional health of a person. Damaging to the trust in government and the care giver who deceived him and robbed him of his right to be loved by the one his God "Allah" gave him.** PRECIOUS LANAY FITZGERALD Changed and reconstructed her entire belief system. She began learning emotional intelligence. Going through therapy to create a safe transition plan and a re-attachment plan. Took over 40 classes which are mostly related to her offspring LEO FITZGERALD. Took the same special training for children with special needs medical that the care giver MINERVA SIMS WILSON did. Enrolled into school to get her associates in science degree for cyber security and POSSESSES a certification that she went to school for already that allows her to legally make money being a truck driver dispatcher. **FOR LEO FITZGERALD to**

26

be forced to grow up and find out that this mother actually did all this, and she wasn't the bad person he was told she was all his life. Can unequivocally bring about mental and emotional issues that may not be reversed depending on LEO FITZGERALD's or any person's ability to cope with being robbed of THIER right to a biological MOTHER who actually changed HER life and wanted them. To state that a LEO FITZGERALD would not be robbed of his right to nationality and indigenous background and right to practice his indigenous cultural connections and to state that it is not a civil right and the violation of human rights that the U.S. honors would be false and uncertain. by removing his connection to his mother would be false. **To allow LEO FITZGERALD to possibly and surely be coerced into a negative and false belief that he will eventually find out is false about the person that created him through the will of ALLAH is unconstitutional and immoral. To coerce LEO FITZGERALD into believing that HIS mother is dead or crazy or to not like her or hate her. With no reason other than she didn't have a release date until a month or two later after the termination of parental rights and no other legal or dangerous reason is unconstitutional and immoral. WHO BENEFITS FROM THAT BECAUSE SURELY, WE KNOW WITH OUT A DOUBT IT IS NOT LEO FITZGERALD.**


The person PRECIOUS LANAY FITZGERALD has voluntarily relinquished her UNITED STATES NATIONALITY. And is by no means BLACK, NEGRO, COLORED or AFRICAN AMERICAN. Nor is she a statutory citizen of the U.S.

- PURSUANT TO and satisfied according to <u>US CODE 1481 of Title 8 section (2):  "taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years"</u>

<u>•Pursuant to Trop v. Dulles, 356 U.S. 86</u>
                        And makes all forced contracts and forced labor or involuntary involvement in this contract null and void (nunc pro tunc). With the UNITED STATES MENTIONED IN

<u>28 USC 3002 (15) forcing PRECIOUS LANAY INTO INVOLUNTARY SLAVERY OR SERVITUDE FOR THE U.S.</u>

27

- **violation pursuant:  U.S. Code 18 section 3751 (FORCED COMPLIANCE OF CONTRACTS NOT HELD OR DISCLOSED AND FORCED INTO UNDER DURESS THROUGH" DECEPTUS") SLAVERY**

**·Pursuant to Vatt. Law Nat. pp. 92, 93."
[Fong Yue Ting v. United States, 149 U.S. 698 (1893)] "This [government) right of domicile, he continues, is not established unless the person makes sufficiently known his intention of fixing there, either tacitly or by an express declaration.**

This person PRECIOUS LANAY FITZGERALD is NOT a U.S. citizen BUT A MOORISH AMERICAN .

**•Pursuant to [Talbot v. Janson, 3 U.S. 133 (1795) "The doctrine is, that allegiance cannot be due to two sovereigns; and taking an oath of allegiance to a new, is the strongest evidence of withdrawing allegiance from a previous, sovereign."**

This person PRECIOUS LANAY FITZGERALD was not a STATUTORY CITIZEN but a constitutional citizen. PRECIOUS LANAY FITZGERALD is of MOORISH AMERICAN NATIONALITY.  HER GOVERNMENT IS THE government organization of the Moorish American government.

PRECIOUS LANAY FITZGERALD'S domicile, nor allegiance, nor jurisdiction is in the corporation of the U.S. It is to and with the MOORISH AMERICAN GOVERNMENT. And most importantly To **ALLAH** and under the NATION OF LAWS of the divine constitution and by-laws of the holy Koran.

Point of information: Never has PRECIOUS LANAY FITZGERALD expressly consented to the contract that was secretly forced upon her as a statutory citizen under the 14th amendment this contract was acted upon under DURESS. That contract is formally and permanently denounced and revoked.

• By robbing PRECIOUS LANAY FITZGERALD of the right to HER offspring which is PRECIOUS LANAY FITZGERALD's property. The dependency court and PERSON PHILIP L. SOTO AND MINERVA SIMS WILSON are both Kidnapping And robbing the heir LEO FITZGERALD to PRECIOUS LANAY FITZGERALD OF THIER LEGAL IDENTITY AND NATIONALITY AND INDIGENOUS RIGHTS and opening the door for LEO FITZGERALD to be

28

moved to a foreign state. The STATUS being imputed to both LEO FITZGERALD AND PRECIOUS LANAY FITZGERALD arises under the laws of a state that has been denounced and contract has been revoked. Contracted and forced under "**DOLUS**" (TRICKERY) and **DURESS**.

The statutes the dependency court seeks to enforce are "PRIVATE LAW". It is FRAUD to call the statutes of time constraints "PUBLIC LAW" that applies equally to EVERYONE when in fact it does not, and the dependency court chooses whom to give extensions to. Sometimes extending past 4 years. The U.S. Statutory provisions were placed upon PRECIOUS LANAY FITZGERALD under DURESS.

   •**Pursuant to [Juilliard v. Greenman, 110 U.S. 421 (1884)] There is no such thing as a power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can Exercise no power which they have not by their constitution entrusted to it: All else is withheld.**

" **This, in turn is an act of INTERNATIONAL TERRORISM in criminal violation of 18 U.S.C. $2331(1)(B)**

•**Violation of USC Title 18 section 1201 (Kidnapping)**

**Violation of the 13th Amendment (Involuntary slavery)**

•**Violation of U.S. code Title 18 section 1584 (Involuntary servitude)**

•**Violation of 18 USC 3571**

**Exhibit (6)**: Statistics of mental health specifically suicide in adopted children verses non adopted children from By: Department of Psychology, University of Minnesota, Minneapolis, Minnesota. Education Development Center, Inc, Chicago, Illinois; and Institute of Public Health, University of Southern Denmark, Odense, Denmark: Margaret A. Keyes, PhD, Ra Stephen M. Malone, PhD,a Anu Sharma, PhD, LP, William G. Iacono, PhD, and Matt McGue, PhD. The future mental health of all offspring and the best interest in the future of these offspring who have family that have changed the behaviors that led them to the department of family social services and the dependency court matter. When these families meet the requirements of what was asked it desperately needs to

29

be recognized by the courts. The loss and unambiguous trauma that offspring will suffer. **To know that they all along had someone that they were connected to that changed and loved them and could explain things about them and care for them and be an added support system that the individual persons adopting these offspring that government officials, 3rd parties, U.S., judicial officers, corporations, DCFS, agents /rep-traffickers in certain cases like this force the loss of hope in actual freedom and truth that slavery and involuntary servitude was actually abolished.** Because this is a clear and concise case of an adoption that should have never been allowed. **The best interest of the LEO FITZGERALD was no longer compromised and the courts had no reason to believe that continued contact would be detrimental when mother was above satisfactory in what was asked of her. And simply because the reason that the courts stated, that the mother PRECIOUS LANAY FITZGERALD WAS ELIGIBLE TO STAY UNDER THE JURISDICTION WASN'T PROVEN AND THE REQUEST FOR DUE PROCESS TO CHALLENGE JURISDICTION WAS DENIED OR GIVEN A CHANCE TO BE PROVEN.**

THE INCARCERATION OF A MOTHER IS NOT A FREE PASS TO TERMINATE RIGHTS OF THE MOTHERS SIMPLY BECAUSE THEY DONT POSESS THE RESOURCES OR RESEARCH TO BE ABLE TO STUDY LAW OR ACCESS COMPETENT COUNSEL.

INCARCERATION IS NOT A FREE PASS FOR THE COURTS TO SIMPLY OFFER A CHECK **(ENGAGE IN COMMERCE FOR CHILDREN OR TRAFFICKING CHILDREN TO BENEFIT AGAINST THE GOD GIVEN, CONSTITUTIONAL AND CIVIL RIGHTS OF THE MOTHER)**

THE ADOPTIVE PARENT (ONE WHO RENTS) MINERVA SIMS WILSON CONNECTION TO THE BIOLOGICAL MOTHERS OFFSPRING ONLY EXISTS BECAUSE THE MOTHER OF HER OFFSPRING ASKED FOR THIER OFFSPRING TO BE PUT WITH THEM.

THIS ISN'T A GREEN FOR THE COURTS TO UNCONSTITUTIONALLY REMOVE A MOTHERS RIGHTS. THEN ALLOW DCFS TO SAY HEY THE COURTS SAID ITS LEGAL. SO GO AHEAD AND CREATE CONFLICT THAT NEVER EXISTED SO WE CAN ADOPT HIM OUT AND THEN PREVENT HER FROM CONTACTING HER NATURAL BORN OFF SPRING THOUGH SHE WENT ABOVE AND BEYOND TO GET THIS OFFSPRING BACK.

30

INCARCERATION ISN'T A FREE PASS FOR THE COURTS TO SAY WELL EVEN THOUGH YOU HAVE RIGHTS. WE KNOW THAT DUE TO DURESS AND (INCARCERATION) YOU'LL NEVER MEET THE TIME CONSTRAINTS THAT A NON-INCARCERATED PARENT WILL SO WELL MAKE SURE THAT YOU LOSE BY NOT AFFORDING YOU RESOURCES AND A TIME FRAME THAT COINCIDES WITH WHAT YOU ARE PHYSICALLY CAPABLE OF CONTROLLING OR CHANGING THOUGH YOU'VE HAD CONSISTENT AND CONSTANT CONTACT WITH THE CHILD WHO REFERS TO YOU AS MOMMIE AND REFERS TO MINERVA WISLON AS NANA.

EMPHASIS MUST BE PUT ON THE RELIEF SOUGHT: WHICH IS ACCORDING TO **US CODE  TITLE 42 SECTION 1983**: **"allows individuals to seek legal remedies when their constitutional rights have been violated by a person acting under color of law. It provides a civil cause of action against any person who, under the color of any statute, ordinance, regulation, custom, or usage, subjects another person to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws". FULL REINSTATEMENT OF PARENTAL RIGHTS NOT PARTIAL OR SOME. UNHINDERED OR INHIBITED ACCESS TO LEO FITZGERALD BY THE MOTHER  MEDIATION BETWEEN CARE GIVER MINERVA SIMS WILSON AND PRECIOUS LANAY FITZGERALD. SINCE PRECIOUS LANAY FITZGERALD DOES NOT DESIRE TO PHYSICALLY KEEP LEO FITZGERALD. OR TO SEVERE THE OBVIOUS ATTACHMENT HE HAS WITH HIS CAR GIVER. THE MOTHER PRECIOUS LANAY FITZGERALD UNDERSTANDS THAT IT TAKES A TRIBE TO RAISE A CHILD AND SHE WOULD LOVE FOR THE CARE GIVER AND HERSELF TO WORK THROUGH DIFFERENCES TO BE ABLE TO FOR THE CARE GIVER TO RAISE LEO TOGETHER BUT REMOVING THE UNCONSTITUTIONAL RIGHT TO STEAL MY RIGHTS EVER AGAIN BY MAKING IT A CHOICE TO DEAL WITH HER AND NOT BY REMOVING AUTONOMOUS RIGHTS TO SELF DETERMINATION AND FREE WILL OF WHAT PRECIOUS LANAY FITZGERALD WANTS FOR HER OFF SPRING LEO FITZGERALD.NO DESIRE TO REMOVE HIM FROM WHERE HE IS RIGHT NOW SINCE SHE IS A MAJOR PART OF LEOS WORLD.** PRECIOUS LANAY FITZGERALD DESIRES TO BE THERE WHEN "HES" READY TO COME WITH HER. AND TO HAVE LEO FITZGERALD'S RIGHT TO HIS BIOLOGICAL FAMILY REINSTATED. SHE HAS NO DESIRE TO BE SELFISH AND FORCE HIM TO DO ANYTHING. PRECIOUS LANAY FITZGERALD SIMPLY WANTS TO HAVE HER INDIGENOUS RIGHTS HONORED. THE ABILITY TO TEACH HIM HIS

31

INDIGENOUS CULTURE AND RELIGIOUS BELIEFS. TO BE AN ACTIVE PARTICIPANT IN HIS GROWTH AND LIFE. WITH OUT BEING TERRORIZED BY THE DEPARTMENT OF PUBLIC SOCIAL SERVICES OR THE COURTS ANY LONGER. AS A FLESH AND BLOOD ALIVE PERSON NOT **civiliter mortuus** because PRECIOUS LANAY FITZGERALD is not under contract with the U.S. PRECIOUS LANAY FITZGERALD IS Not under contract with the U.S.A. PRECIOUS LANAY FITZGERALD IS Not under contract with the U.S of A. PRECIOUS LANAY FITZGERALD IS NOT UNDER THE JURISDICTION OF PAROLE OR PROBATION. NOR IS PRECIOUS LANAY FITZGERALD A SLAVE TO BE GIVEN AND TAKEN AWAY RIGHTS AND LIBERTIES AND PRIVILEGES. IT IS NOT A PRIVILEGE TO BE A MOTHER OR A RIGHT "GIVEN" TO HER OR GRANTED BY THE U.S. THIS IS PROBABLY THE WORST THING THAT COULD HAPPEN TO A MOTHER AGAINST HER WILL. A MOTHER BEING BULLIED AND TERRORIZED BY THE GOVERNMENT. A SITUATION THAT ANYONE WOULD FEEL THEY ARE GOING CRAZY ABOUT BECAUSE THERE IS NO RELIEF OUTSIDE OF THEMSELVES THAT WILL ASIST THEM. AT EVERY TURN THIER CIVIL AND THE CONSTITUTION WHICH SWEARS TO UPHOLD THE POEPLE HAVE FAILED THEM. WHERE EVERY PERSON THEY TURN TO IMMORALLY AND INCOMPETENTLY SHUTS THE DOOR IN HER FACE TO REMEDY AND TO RELIEF. TO BELIEVE THAT PRECIOUS LANAY FITZGERALD SHOULD HAVE WENT ON WITH HER LIFE QUIETLY AND NOT DO ALL SHE COULD REGARDLESS OF THE COURTS RULING WITH IN THE LAW AND LAWFULLY WHEN THE LAW STATES;

**•18 US Code 242- Depravation of rights under color of law: If the state coverts a liberty into a privilege, the citizen may engage in the right with impunity** IS ILLOGICAL, UNREALISTIC, SADISTIC, CRUEL AND UNUSUAL. TO HAVE A PERSON'S WORDS ERASED AND REPLACED SO THAT THE COURTS AND DCFS AND CHILD WELFARE COULD CONSPIRE TO STEAL BOTH PRECIOUS LANAY FITZGERALD'S RIGHTS AND LEO FITZGERALD'S RIGHTS. (BOTH RIGHTS OF MOTHER AND OFFSPRINGS CLAIMS TO FAMILY MATTER) CONSPIRATORS AGAINST PRECIOUS LANAY FITZGERALD RIGHTS FROM GOVERNMENT OFFICIALS, CORPORATIONS, 3RD PARTIES, AGENTS, JUDICIAL OFFICERS AND PERSONS CONNECTED TO THESE ORGANIZATIONS HAVE SURELY COMMITTED A HORRENDOUS ACT AND IF NOT REMEDIED IS UNTHINKABLE. TO NOT HAVE THE ABILITY TO BRING UP CLAIMS AND POINTS AND ERRORS IN APPEAL AND REACH OUT TO OTHERS FOR HELP AND BE TOLD THEY WILL DO NOTHING. To be TOLD THERE IS NOTHING YOU CAN DO AND NO ONE WILL DO ANYTHING

32

TO HELP YOU MUST HAVE BEEN LIKE SOMEONE TELLING YOU YOUR OFFSPRING IS DEAD HOW EVER YOU WITNESSED THEM BEING KIDNAPPED RIGHT IN FRONT OF YOUR OWN EYES. **PRECIOUS LANAY FITZGERALD IS NOT A SLAVE OR INDENTURED SERVANT OF THE U.S**. IF THE U.S WAS UNDER THE IMPRESSION THAT PRECIOUS LANAY FITZGERALD CONSENTED TO SLAVERY OR TERRORISM. THAT CORRECTION OF THIS FALSE BELIEF HAS BEEN MADE ON THE RECORD. TO TERRORIZE A PERSON AND REMOVE A LIBERTY AND NATURAL RIGHT ON THE GROUNDS THAT A MONTH LONGER IS TOO LONG TO WAIT. THAT THIS PERSON IS NO LONGER AFFORDED CIVIL RIGHTS AND LIBERTIES PROTECTED BY THE U.S. CONSTITUTION WORDS CAN NOT EXPRESS THE SEVERE MISCARRIAGE OF JUSTICE IT WOULD BE TO APPROVE OF THIS. TO DENATIONALIZE A GOVERNMENT ORGANIZATION THAT THE CORPORATION DID NOT HAVE A CONSTITUTIONAL RIGHT TO TAKE AND WAS NOT TAKEN DUE TO CONSTITUTIONAL PUBLIC LAW OR PROVEN CRIME (THE CHARGE WAS SMOKING MARIJUANA IN THE CAR WITH THE BABY AND NOTHING ELSE) BUT DUE TO TIME CONSTRAINTS IN PRIVATE LAW AND CALL IT LAWFUL OR LEGAL IS **FRAUS**, **DOLUS AND CONTRA CONSTITUTIONEM (FRAUD, TRICKERY, AND AGAINST THE U.S. CONSTITUTION)**. TO THINK THAT Person ALI REZA SABOURI PERSON PHILIP L. SOTO, PERSON CHRISTIAN CAITLIN, PERSON EMILY BEAGHAN PERSON MICHELLE D. MONTERO PERSON DANIELLE GERSH, PERSON JEFFERY L. GRANT, PERSON MERIDETH CALDWELL, PERSON FLORENCE ESCALANTE, THE SUPREME COURT, DEPARTMENT OF CHILDREN AND FAMILY SOCIAL SERVICES (DCFS), PERSON MINERVA SIMS WILSON WHO PRECIOUS LANAY FITZGERALD GAVE PERMISSION TO KEEP LEO FITZGERALD AND THOUGHT ADOPTION WAS HER KEEPING HIM UNTIL PRECIOUS LANAY FITZGERALD GOT OUT. WHICH MINERVA SIMS WILSON AND PRECIOUS LANAY FITZGERALD HAD PLANNED AND THERE WAS NO LOGICAL REASON TO CHANGE THOSE PLANS. THEN IT BE REVEALED THAT IT WAS ACTUALLY THE SECRET THEFT AND TERMINATION OF PRECIOUS LANAY FITZGERALD'S PARENTAL RIGHTS. WHICH PRECIOUS LANAY FITZGERALD REFUSED CONSENT TO ONCE SHE FOUND OUT THE TRUTH OF WHAT WAS GOING ON. BUT NOT LIMITED TO THOSE PERSONS. TO THINK THIS HAS NOT CAUSED MENTAL AND EMOTIONAL DAMAGE. TO THINK THAT THIS DID NOT PLACE PRECIOUS LANAY FITZGERALD INTO A PLACE OF FEAR AND DESPERATION. TO THINK THAT THIS **MALITIA JUSTITIATE (MISCARRIAGE OF JUSTICE) IS** INACCEPTABLIS (UNACCEPTABLE) IS CRUEL AND UNUSAL. TO BELIEVE THAT THIS WILL NOT REQUIRE THERAPY FOR YEARS TO COME TO

33

RECOVER FROM FOR THE MOTHER IS UNTHINKABLE. INTERNATIONAL
TERRORISM AND KIDNAPPING AND SLAVERY AND INVOLUNTARY
SERVITUDE AND HUMAN TRAFFICKING BY MANIPULATION OF THE
JUDICIAL SYSTEM IS INEXCUSABLIS (INXCUSABLE). THE RULING OF THE
SUPERIOR COURT DID NOT RULE LIGHTLY OR SPEAK PREMATURELY IN
COOPER cooper Vs Aaron, 358 U.S 1,78 s. Ct. 1401 WHEN IT WAS STATED
No state legislator, or executive or judicial officer can war against the
Constitution without violating his solemn oath to support it. THIS
SITUATION WOULD PLACE ANY PERSON IN THE WORST MIND FRAME OF
THIER LIFE.  THE MOST HORRIFIC EXPERIENCE ANY MOTHER OR
PERSON COULD EVER EXPERIENCE. TO HAVE A PERSON'S DUE
PROCESS VIOLATED OVER AND OVER BY THE COURTS, AGENTS, REPS
AND JUDICIAL OFFICIALS WITH INTENTIONAL MALICE. AND FOR THOSE
WHO REFUSED TO ALLOW HER A VOICE AND THOSE WHO DID NOTHING
TO STOP THIS INJUSTICE. THIS IS BEYOND WHAT ANYONE COULD EVER
DARE TO BELIEVE. TO INTENTIONALLY VIOLATE A PERSON'S DIGNITY.
TO TRY TO TELL A PERSON THEY ARE NOT INDIGENOUS AND ARE NOT
AFFORDED THE RIGHTS THAT ALL INDIGENOUS PEOPLE HAVE. NOT
JUST FEDERALLY RECOGNIZED NATIVE AMERICANS. BUT
"INDIGENOUS" WHICH THE UNITED NATIONS RIGHTS OF INDIGENOUS
PEOPLES COVERS EXPLICITLY STATING THEY "RANGE FROM COUNTRY
TO COUNTRY". GIVING THE CLEAR AND CONCISE IDEA THAT THEY
HAVE NO "LOOK" THEY DONT SIMPLY COME FROM THE UNITED STATES
AND GIVES CLEAR INSTRUCTION TO RECOGNIZE THEM AND THIER
RIGHTS. THEY COME FROM ALL OVER AND THE COURTS WERE MADE
AWARE NOT JUST OF THE FEDERALLY RECOGNIZED AND "APPROVED"
NATIVE AMERICAN CONNECTION BUT THE ACTUAL INDIGENOUS
CONNECTION WHICH THEY STUMBLED UPON ON THIER OWN WITH
INDIVIDUAL RESEARCH AS WELL. YET AND STILL SO UNWILLING TO
RIGHT THE WRONGS THEY HAVE CAUSED PRECIOUS LANAY
FITZGERALD TO SUFFER. THEY CONTINUE ON WITH A BLOOD THIRST
LIKE DESIRE TO NOT PROTECT LEO FITZGERALD. BECAUSE ITS
OBVIOUS IN THE DOCUMENTS AND WITH WHAT PRECIOUS LANAY
FITZGERALD HAS DONE SINCE BEING RELEASED THAT SHE HAS COME
FURTHER THAN MOST WOULD. BUT TO SIMPLY ACT AS A HUMAN
TRAFFICKER OF HER OFFSPRING. WITH NO REGARD FOR LIFE EVEN
WHEN THAT LIFE HAS SATISFIED THE COURTS DESIRES. EVEN WHEN
THAT LIFE HAS CEASED THE BEHAVIORS THAT CAUSED HER TO BE
INCARCERATED AND BEGAN TO MAKE A CIVIL CHANGE BEYOND WHAT
COULD HAVE BEEN ASKED OF HER. TO HAVE ALL RIGHTS TAKEN FROM

34

A PERSON EVEN BEFORE THEY WERE SENTENCED AND EVEN AFTER THE SENTENCING FOR APPEAL CONTINUE TO DEENY DUE PROCESS IS AN ERR IN JUSTICE THAT CAN NOT BE IGNORED. BLATANTLY TREATED WITH SUCH DISCRIMINATION AND DISREGARD WAS AN EARTH-SHATTERING EXPERIENCE FOR PRECIOUS LANAY FITZGERALD. WETHER RECKLESS OR MALICIOUS. WETHER A MORALE TORT OR IMMORAL THE RESULTS AND CONSEQUENCE FROM THE DAMAGE OF IT IS THE SAME. IS PRECIOUS LANAY FITZGERALD IS A PERSON. WHO NEEDED COUNSELING AND RESOURCES TO CHANGE. DUE TO THE ENVIRONMENT, SHE GREW UP IN AND THE INABILITY TO SEE CHOICES IN THAT ENVIRONMENT BECAUSE HER ENVIRONMENT DIDN'T PERMIT IT OR MAKE IT CLEAR. RESOURCES PRECIOUS LANAY FITZGERALD TOOK ADVANTAGE OF WHILE INCARCERATED. CHOOSING TO DO AN EDUCATION BASED INCARCERATION, THERAPY, DOMESTIC VIOLENCE, ANGER MANAGEMENT, PARENTING ETC. PRECIOUS IS NOT A PARENT (ONE OF A PAIR WHO RENTS THE CHILD) SHE IS A BIOLOGICAL INDIGENOUS MOTHER THAT WANTS AND LOVES HER CHILD. PRECIOUS LANAY FITZGERALD WENT **ABOVE AND BEYOND WHAT THE COURTS ASKED HER TO DO.** FOR THE COURTS TO RECOGNIZE PRECIOUS LANAY FITZGERALD'S UNSUAL EFFORT AND TO MEET THE REQUIREMENTS THAT WERE ABOVE SATISFACTORY. AND STILL CONSPIRE TO ERASE HER LIBERTIES AND RIGHTS. FOR HER INDIGENOUS ANCESTORS TO HAVE BEEN COLONIZED AND ALSO ROBBED OF THIER RIGHTS IN DIFFERENT WAYS AND HAVE TO RELIVE WHAT WAS ALMOST AN IDENTICAL HISTORICAL TRAUMA OF BEING INVOLUNTARILY ENSLAVED AS AN INDIGENOUS PERSON AND PUT INTO A CONTRACT WITH A GOVERNMENT OR CORPORATION UNDER DURESS AND HAVE NO ABILITY TO DEFENDS ONESELF AND HAVE A SHORT TIME TO STUDY THE LAW AND BEGIN TO DEFEND ONESELF BECAUSE NO ONE ELSE WHO WAS RESPONSIBLE FOR ASSISTING HER WOULD. IS A TRAUMA THAT MUST BE REMEDIED. BEING SET UP TO LOSE FROM THE VERY BEGINNING. IS AN EXPERIENCE NO ONE SHOULD BE FORCED TO EXPERIENCE IN LAW.  THIS TERRIBLE EXPERIENCE FOR PRECIOUS LANAY FITZGERALD IS A DIRECT VIOLATION OF:

- **Violation of the U.S. Human rights**
- **Violation of the United Nations rights of indigenous peoples**
- **Violation of civil rights act of 1964**
- **Violation of US CODE title 18 U.S.C. 2331(1)(B) (International terrorism based on a contract of U.S. "statutory" citizenship that was never agreed to or held through deception which has been used to denationalize my**

35

government organization which does not belong to the jurisdiction of the
U.S. corporation mentioned in Title 18 1962. This terrorism was gained by
force and  intimidation to kidnap offspring LEO FITZGERALD
•violation of US18 U.S. Code § 2071 – (Concealment by above named
parties)
•Violation of 18 US Code 242- Depravation of rights under color of law: If
the state coverts a liberty into a privilege, the citizen may engage in the
right with impunity
•violation pursuant to 18 US CODE 241- conspiracy against rights (By all
parties named and involved in case, government officials and third parties,
corporations, agents and reps)
•Violation of US code title 18 section 241 (Conspiracy against rights under
color of law)
•Violation of US code title 18 section 1591(Human trafficking)
•Violation of U.S. Code 18 section 3751 (FORCED COMPLIANCE OF
CONTRACTS NOT HELD OR DISCLOSED AND FORCED INTO UNDER
DURESS THROUGH" DECEPTUS") SLAVERY

Trial process was violated and due process was violated, For the
reasons as follows:

- Violation of USC 18 242 (PHILIP L. SOTO, ALI REZA SABOURI,
  MICHELE D. MONTERO Acting under the authority of law to deprive a
  person of the rights of your U.S. Parent compact (organic)
  Constitution to abuse power and depriving live human being under
  the color of law)

- Violation of title 42 U.S.C. 1985 (PHILIP L. SOTO, ALI REZA SABOURI,
  MICHELE D. MONTERO  neglected to prevent violation of civil rights
  for freedom of speech. When rights were being denied under color of
  law and due to forced status of civiliter mortuus through involuntary
  servitude

- violation of title 18 U.S.C. 1851 involuntary servitude  PHILIP L. SOTO,
  ALI REZA SABOURI, MICHELE D. MONTERO forcing me to work to
  gain back these rights that were taken through "DECEPTUS"
  (deception) so someone else can benefit financially from it with no
  actual regaurd for living breathing flesh and blood life)

36

- Which is a violation of 13th amendment. (PHILIP L. SOTO, ALI REZA SABOURI, MICHELE D. MONTERO conspired to and succeeded to remove all rights through the denying of due process which forces a person to be guilty with out being able to prove innocence. DISCRIMINATORILY placing them into slavery by forcing them to abide by a contract created under the depravation of rights under color of law through duress and intimidation) (SUBJUGATION)

- Violation of title 18 U.S.C. 1621 (failure to protect and committing the act of perjury. PHILIP L. SOTO stating in court the unavailability to give due process of discovery (Drug test) to present evidence while incarcerated (which would have proven innocence that all people in both criminal and dependency court are due) Which forced a guilt of the only charge I was being held to answer to of "SMOKING WEED IN THE CAR  WITH OFFSPRING LEO FITZGERALD". which  forced LEO FITZGERALD AND PRECIOUS FITZGERALD TO STAY IN THE JURISDICTION OF DEPENDENCY COURT BY MEANS OF DEPRAVATION OF RIGHTS UNDER COLOR OF LAW. REQUEST FOR DUE PROCESS TO PRESENT EVIDENCE TO CHALLENGE JURISDICTION WAS DENIED CONTRA CONSTITUTIONEM (against the constitution)

- Violation of title 18 U.S.C. 1621 MICHELE D. MONTERO lying on a document used in court  by removing this information regarding request of drug test that was said on the record  and willfully and knowingly replacing it with words that were not spoken which Affected appeal process)

- Which is a violation of U.S.C. 18 2071 (MICHELE D. MONTERO'S Concealment, removal or mutilation generally of the MATERIAL INFORMATION regarding request of drug test spoken in court and on the record by PRECIOUS LANAY FITZGERALD that should have been factually recorded. Not concealed or removed and replaced with words that were never spoken which affected appeal process)

- Which is a violation of title 18 U.S.C. 241 (PHILIP L. SOTO, ALI REZA SABOURI, MICHELE D. MONTERO conspired against "RIGHTS" under the color of law. Which Interfered with the exercising of constitutional rights)

37

- •Which leads to these rights being conspired against that is a Violation of USC Title 18 section 1201 (Kidnapping)
- Violation of 18 USC 872 (EXTORTION OF RIGHTS)
  EXHIBITS INCLUDED IN THIS APPEAL AS SUPPORTING EVIDENCE: EXHIBIT 1(46 cirtificates) , EXHIBIT 2(11 PAGES) , EXHIBIT 3 (3 PAGES) , EXHIBIT 4 (4 PAGES) , EXHIBIT 5 (1 PAGE) , EXHIBIT A (1 PAGE), EXHIBIT B (1 PAGE) , EXHIBIT C, EXHIBIT D (9 PAGES) , EXHIBIT F (6 PAGES) , EXHIBIT G (1 PAGE) , EXHIBIT H (4 PAGES), EXHIBIT I (i)(1 PAGE), EXHIBIT J, EXHIBIT K, EXHIBIT L

As well as the above mentioned violations in other pages but not limited to.

Respectfully submitted,

PRECIOUS LANAY FITZGERALD
Precious Lanay Fitzgerald
PRECIOUS LANAY FITZGERALD BEY
Precious Lanay Fitzgerald

8/18/2023

EXHIBIT L

0610

Leo Fitzgerald                                                          18CCJP01771A

## NOTICES

| Name | Relationship | Method | Notice Date |
|---|---|---|---|
| Dar Quel Castillo | Client/Father | First Class Mail | 08/02/2021 |
| Precious L. Fitzgerald | Client/Mother | First Class Mail | 08/02/2021 |
| Ms. W | Caregiver | First Class Mail | 08/02/2021 |

## SEARCH RESULTS/HISTORY

Not Applicable.

## LEGAL HISTORY

**300 WIC Subsection(s)**
B

| Initial Removal 03/15/18 | Initial Detention Order 03/20/18 | Initial Jurisdiction Finding 04/26/18 |
|---|---|---|
| Initial Disposition Order 04/26/18 | Initial 364 FM Review | Second 364 FM Review |
| Initial 366.21(e) – 6 Month FR Review Leo - 10/25/2018 | Initial 366.21(f) – 12 Month FR Review Leo - 04/29/2019 | Initial 366.22 – 18 Month FR Review Leo - 09/16/2019 |
| Initial 366.25 – 24 Month/PP Review | Initial 366.3 PP Review Leo - 03/19/2020 | Initial NMD Review |

| FR Services Terminated Mother - 11/21/2019 | Non-Reunification Ordered Father-04/26/18 | |
| Initial Permanent Plan: Type/ Date Ordered | Current Permanent Plan: Type/ Date Ordered | |

## Additional Legal History

On 4/26/18, the court sustained the following allegations:

b-1
On 3/15/18, the child was found in a vehicle while mother and unrelated adults were smoking marijuana. The detrimental and endangering situation established for the child by the mother endangers the child's physical health and safety, and places the child at risk of serious physical harm, damage, danger, and death.



0611

Leo Fitzgerald                                                                    18CCJP01771A

b-2

The child Leo Fitzgerald's mother, Precious L Fitzgerald is a current abuser of marijuana, which renders the mother incapable of providing the child with regular care and supervision. The child is of such young age as to require constant care and supervision and the mother's substance abuse interferes with providing regular care and supervision of the child. On 3/15/18, the mother possessed, used and was under the influence of marijuana while the child was in the mother's care and supervision. The mother's substance abuse endangers the child's physical health and safety, create a detrimental home environment and place the child at risk of serious physical harm, damage and danger.

**On 04/26/18, the Court ordered the child suitably placed.   On 11/21/19, the Court denied a WIC 388 petition filed on behalf of father, Dar Quel Castillo, on 10/04/19.**

**On 11/12/19, the Court terminated reunification services.**

## REASON FOR HEARING

The matter is on calendar for a review of permanent plan and a report from the Department of Children and Family Services.

## PATERNITY/LEGAL RELATIONSHIPS

On 03/20/18, the Court found Daniel Doe to be the alleged father. On 08/16/19, Dar'Quel Castillo was found to be the biological father through DNA testing.

## FAMILY LAW STATUS

There is no known Family Law Order.

## CRIMINAL HISTORY

On 08/10/20, CSW submitted a CLETS for the mother, Precious Fitzgerald:
- 08/24/09: 245(A)(1) PC-FORCE/ADW NOT FIREARM: GBI LIKELY convicted committed to prison FELONY; SEN: 4 years prison

- 04/27/10: WHILE IN CUSTODY – 245(A)(1) PC-FORCE /ADW NOT FIREARM: GBI LIKELY; SEN: 4 years prison county sentenced from Los Angeles Co

- 11/30/12: WHILE IN CUSTODY – 245(A)(4) PC-ADW WITH FORCE: POSSIBLE GBI; SEN: 2 years prison county sentenced from Madera Co.

Status Review Report                                                                   4
09/01/2021





# Cherrie-Ann Simon, LMFT
# (131919)

cherrieannsimon@yahoo.com
323-630-2749

California Department of Correction
Rehabilitation
1810 16th Street
Sacramento, CA 95811

March 22, 2023

TO: Lacrisha Hunter
RE: Precious Fitzgerald Individual Psychotherapy Sessions

Per Precious Fitzgerald written request, I am sharing information regarding the number of sessions she has completed with me.

The client was enrolled on (08/11/2022) in the Individual Psychotherapy Program and completed (6) sessions at All Families Matter/4 Real Solutions Human Service Counseling Center. The client continued therapy with me in my private practice and completed (3) additional sessions. The client participated openly and was cooperative during sessions.

Respectfully,

Cherrie-Ann Simon

Cherrie-Ann Simon, LMFT (131919)

cherrieannsimon@yahoo.com

☐

☐



# Frustrated

**me**  Aug 16, 2022
to me ^

| From | Precious Fitzgerald  mspreciousfitzgerald@gmail.com |
| --- | --- |
| To | me cuchristian.com  Me@cuchristian.com |
| Date | Aug 16, 2022 at 3:23 PM |

Like its like im doing all I can to help myself. I understand that I dont pay you because they offer this to those who cant afford attornies. But its like when you meet a parent who make mistakes and loves their kid and is doing all they can you would think that you wouldnt be so desensitized about the situation. Im saying that because instead of letting me know you would call me or actually calling me you completely ignore me LIKE IM NOT A WORTHY person or im less than and its not fair. I cant change my past but im doing all I can to do what I can to work live civilly and start educating myself so that i can eventually qualify for a certificate of rehabilitation. Everything is stacked against people like me. I dont use my past trauma as an excuse. I made choices and i suffered consequences but i Chose a education and treatment based incarceration i didnt just sit around and do nothing and am still voluntarily treating myself. Like why is it that you cant try to help me the best way you can reguardless. Im probably the type of parent you wont meet every day or maybe you do but I HAVE reconstructed my belief system every single thing i was taught to survive and how i was taught to live no im not wealthy yet and just got out but at the same time mentally i have broken through chains that in secret alot of people in my situation never will because im being humble and not willing to do anything to jepordize my freedom or son or any one else for instant gratification or

4:28

my past but im doing all I can to do what I can to work live civilly and start educating myself so that i can eventually qualify for a certificate of rehabilitation. Everything is stacked against people like me. I dont use my past trauma as an excuse. I made choices and i suffered consequences but i Chose a education and treatment based incarceration i didnt just sit around and do nothing and am still voluntarily treating myself. Like why is it that you cant try to help me the best way you can reguardless. Im probably the type of parent you wont meet every day or maybe you do but I HAVE reconstructed my belief system every single thing i was taught to survive and how i was taught to live no im not wealthy yet and just got out but at the same time mentally i have broken through chains that in secret alot of people in my situation never will because im being humble and not willing to do anything to jepordize my freedom or son or any one else for instant gratification or impulse. Like why is it that you guys do the bare minimum for people like me? Its like if you can help and make a difference that doesnt drive you and give you fufillment and satisfaction? Im not trying to insult you but you have my whole sons future in my hands i cant go drop 150k down on some prestigeous attorney but its like people do change people can grow people can reconstruct themselves. IM ONE OF THEM. ITS JUST NOT FAIR THAT YOUR AN ATTORNEY AND TRAINED IN THE LAW but you will only do the bare minimum of helping me because im not rich or for what ever reason. Its like I have some questions and if you care anything about people about families about helping people be okay why just disreguard me as a person and why not call me its not fair

← Reply                    → Forward

4:22    .ıl 🛜 13

‹    🗑 ✉ •••

You are ignoring me which there is nothing I can do about    ☆

 me  Aug 22, 2022
to me ⌄    ↩ •••

| From | Precious Fitzgerald  mspreciousfitzgerald@gmail.com |
| To | me cuchristian.com  Me@cuchristian.com |
| Date | Aug 22, 2022 at 10:21 AM |

PLEASE SEND MY PHONE RECORDS BACK TO ME WITH NO TRACKER OR REQUEST FOR SIGNATURE SO THAT I CAN HAVE THEM IN CASE I HAVE TO GO TO COURT PLEASE THANK YOU

INTENTIONALLY ONLY SENT ME BACK PARTIAL RECORDS AFTER FALSIFYING DOCUMENTS IN APPEAL AND REFUSING TO BRING UP THE DEPRAVATION OF RIGHTS

PRECIOUS LANAY HAD RECORDS UP UNTIL JULY FITZGERALD 2022 THAT SHE KEPT

↩ Reply        ↪ Forward

MALICE

4:19



〈       Saturday       Edit   ⋯
             5:48 PM

# Do not waive verbal argument if you have please    ☆

 **me**   Sep 20, 2022       ↩   ⋯
to me ⌄

In re no co63250 (cal. Ct.App sep 9 2010) That is a possibly that that can be used in verbal argument also I asked you to bring up my bond and the issues in court there's a case called Caden C THAT you did not apply that has been out since may 2021 I asked you to bring up my bond and reasons why the termination was wrong and you wouldn't so i asked for a caden c like reference all you had to do was use that and expound and you didn't I sent you the list of phone calls told you about the visits and you literally intentionally wouldnt help me and you literally have really made my life hard because you could've helped me and done more and you didn't you chose to DO WHAT YOU WANTED TO DO AND IGNORED all my pleas

I'm not sure if you did this on purpose or not but time will tell I'm not gonna let your negligence steal my chance at being an active mother I asked you to call me weeks ago and you've completely ignored me and I'm not gonna stand by and let people who care the bare minimum only enough to do THIER job succeed at harming others by apathy or just intentional not taking action when they could YOUR WRONG FOR THAT

Sent from my iPhone





⬆️      ♡      ⓘ      🗑

4:21



Precious,

I know you wanted me to raise the beneficial relationship exception (which is the issue discussed in *In re Caden C.*), but I was unable to do so based on the facts in your case. I assure you I did not ignore the issue. After considering it, I determined I was not able to make an argument that would likely result in a different outcome.

I have repeatedly invited you to share your ideas with me in writing, which you have done. I have reviewed the information you provided, kept you up to date on what is happening in your case, and I will continue to do so. I assure you I am committed to providing you with the best representation possible and have advanced the best arguments possible in your case.

I understand that you would like me to request oral argument; however, I do not believe oral argument would be beneficial in your case and as a result have filed a document waiving oral argument. The other parties in your case have also waived argument. This means your case has been submitted to the Court for decision.

I appreciate you sharing the case you found with me. Since that case was decided, the law has changed significantly, so it did not provide a reason to ask the court for oral argument.

Since we are now just waiting for the court to issue its

EXHIBIT #2

4:24



From    Precious Fitzgerald    mspreciousfitzgerald@gmail.com

To    me cuchristian.com    me@cuchristian.com

Date    Aug 16, 2022 at 9:43 AM

So I have questions regarding another part of the appeal. I dont wanna email i would like to be able to clarify over the phone CAN YOU PLEASE CALL ME. Ive asked several times if your busy okay but your just completely  ignoring that request. I talked to department 408 and he said something that concerns me CALL ME PLEASE

...



From    Precious Fitzgerald    mspreciousfitzgerald@gmail.com

To    me cuchristian.com    me@cuchristian.com

Date    Aug 19, 2022 at 2:22 PM

I see that your going to intentionally ignore me regardless of me expressing my concern as a mother and a human being and about my case. PLEASE DO NOT USE A TRACKING CODE AND SEND MY PACKAGE REGULAR.

...

↩ Reply          ➔ Forward

**4:20**



# Hello  Inbox  ☆

me  Feb 23
to Ellen ⌄

| From | Precious Fitzgerald  mspreciousfitzgerald@gmail.com |
| To | Ellen@lacap.com |
| Date | Feb 23, 2023 at 3:52 PM |

I am emailing you because I contacted the ca appealNt project Los Angeles and one of the attornies gave me your number to help with an appeal for dependency my phone number is +14244684834 my name is precious Fitzgerald please I have a great case and I need help you guys (attornies) are the ones that change the world and I just need someone to hear me out and when you do I believe you will see I'm worth helping please... thank you

Sent from my iPhone



Emily Beaghan  Feb 27
to me, me@cuchristian.com ⌄

Hello there,

How can I assist you?

You do have an attorney, Caitlin Christian, for your case B318615, I have cc'd her here.  I have also attached the opinion that came out in your case last month.

Sincerely,

Emily Beaghan

4:21



**me**  Feb 27

hi i know that i had an attorney and i dont understand wh...

**Emily Beaghan**  Feb 27

to me

| From | Emily Beaghan  Emily@lacap.com |
|------|-------------------------------|
| To | Precious Fitzgerald  mspreciousfitzgerald@gmail.com |
| Date | Feb 27, 2023 at 10:42 AM |
| 🔒 | Standard encryption (TLS) Learn more |

Good morning,

I didn't realize that you were having trouble with your attorney. How can I help?

...

**me**  Feb 27

to Emily

| From | Precious Fitzgerald  mspreciousfitzgerald@gmail.com |
|------|---------------------------------------------------|
| To | Emily Beaghan  Emily@lacap.com |
| Date | Feb 27, 2023 at 11:26 AM |



im sorry im at work i need a minute please because break is over thank you

...



Good morning Precious,

I mailed you the county's brief, the reply brief I filed on your behalf, and the documents you sent to me. No signature is required for delivery. The package should reach you by Friday. The next step is waiting to hear from the court about oral argument. Since the issues are clearly set out in the briefs, we will likely waive oral argument so that we can get a decision more quickly. Until I hear from the court about oral argument, I won't have any updates for you, so if you don't hear from me don't worry. I haven't forgotten about you; I just have no new news.

Best wishes,

Caitlin

Caitlin Christian, Esq.
Law Office of Caitlin Christian
Me@CUChristian.com
P: (916) 234-6662
2111 J St. # 307
Sacramento, CA 95816

DISCLAIMER & CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged and are intended for



**4:27**

<    [icons]  🔽  🗑  ✉  •••

taking of any action in reliance upon the
communication is strictly prohibited. If you have
received this communication in error, please contact
me at (916) 234-6662.

---

**From:** Precious Fitzgerald <mspreciousfitzgerald@gmail.
com>
**Sent:** Thursday, July 28, 2022 4:31:17 PM
**To:** me cuchristian.com <me@cuchristian.com>
**Subject:** Need some documents please

•••

VIEW ENTIRE MESSAGE



**me**  Jul 28, 2022
to me ˅

No there's no court date but i have faith.... I just want
to make sure you have the transcripts that are like the
minutes from criminal court where it tells you every
word that was said and NOT JUST the court orders I
need that and please once it's done I need all the
documents and reports and stuff thank you so
much... I'm tryna pin point some things in those
reports that's all that the judge specifically said so I
need the minute transcripts that convey all words
spoken and not just the orders and stuff like that if
you have those if not please get them for me and I'll
wait until court is over to get them.....thank you

•••



**me**  Jul 28, 2022
to me ˅

If there's a hearing or approval won't you know before
me now I'm confused how does that work? Doesn't
the court have to respond first to YOU

EXHIBIT # 2

**4:25**



From    Precious Fitzgerald    mspreciousfitzgerald@gmail.com

To    me cuchristian.com    me@cuchristian.com

Date    Aug 16, 2022 at 8:49 AM

OKAY SO IF SOME ONE IS NOT HERE TO SIGN FOR A PACKAGE WITH A TRACKING NUMBER THEN WHAT IT GOES BACK TO YOU?

...



me cuchristian.com   Aug 16, 2022
to me ⌄

From    me cuchristian.com    me@cuchristian.com

To    Precious Fitzgerald    mspreciousfitzgerald@gmail.com

Date    Aug 16, 2022 at 9:35 AM

🔒    Standard encryption (TLS)
Learn more

Precious,

I can mail the documents to you with or without a requirement for signature. I usually require a signature because this ensures mail is not left out, but I am happy to send it without a requirement for signature. Please let me know which you would prefer. If a signature is required, the post office will usually make one or two attempts to deliver and, if unsuccessful, will then usually hold the mail for a few days for pick-up. The mail is then returned unless it is picked up within the specified time.

OCT    2018

EXHIBIT # 4                                    26

IT'S UNKNOWN AT THIS TIME.

THE COURT:  OKAY.  DO WE NEED A CONTEST?

MR. SABOURI:  WE ARE ASKING FOR MORE FR AT THIS TIME, YOUR HONOR.  I DIDN'T KNOW IF MOTHER HAS YET BEEN SENTENCED OR NOT.  AND THE REASON I BRING IT UP, AS AN OFFICER OF THE COURT, I STILL HAVE TO INDICATE THAT THIS CHILD IS UNDER THREE.  IF, PRESUMABLY, LET'S SAY, FOR ARGUMENT'S SAKE, THAT SHE'S GOING NOBODY JAIL FOR ANOTHER TWO, THREE, FOUR YEARS, WELL BEYOND THE STATUTORY PERIOD FOR FR, THEN I NEED TO ADVISE MY CLIENT TO MAKE CERTAIN MOVES AND BRING IT BEFORE THE COURT'S ATTENTION.

WE DO HAVE A PENDING I.C.P.C. THAT YOUR HONOR ORDERED FOR A JAZLINE O'NEAL (PHONETIC) IN NEVADA.  SO THE COURT ITSELF WAS ANTICIPATING POSSIBLY A LONG SENTENCE FOR THE MOTHER.

IF YOU COULD AT LEAST INQUIRE IF SHE HAS BEEN SENTENCED OR OTHERWISE A CONVICTION HAS BEEN NOTED.  I DON'T HAVE THAT INFORMATION.

MS. TAING:  YOUR HONOR, MOTHER IS INDICATING SHE'S NOT BEEN SENTENCED YET AND THERE MAY BE POSSIBLE OPTIONS SHE'S LOOKING AT.

MR. SABOURI:  THANK YOU, YOUR HONOR.

THE COURT:  DO YOU KNOW WHEN YOU'RE SUPPOSED TO GO TO TRIAL?

THE MOTHER: I DON'T THINK IT WILL.

THE COURT:  YOU WANT TO WORK OUT A DEAL THEN?

THE MOTHER:  WE ARE TRYING TO GET A REHAB PROGRAM. I'VE BEEN DOING A LOT OF SUBSTANCE ABUSE WORK, PARENTING,

OCT 25 2018

DOMESTIC VIOLENCE CLASSES.

THE COURT:  WHILE YOU'VE BEEN IN JAIL, YOU ARE DOING DRUG PROGRAMS, DOMESTIC VIOLENCE PROGRAMS?

THE MOTHER:  I HAVE COMPLETION CERTIFICATES.

THE COURT:  HAVE THEY GIVEN YOU PARENTING?

THE MOTHER:  I'VE COMPLETED PARENTING.

THE COURT:  ANY CHANCE THAT THEY GIVE YOU INDIVIDUAL COUNSELING?

THE MOTHER:  I ALSO HAVE A LETTER STATING THAT I HAVE BEEN PARTICIPATING IN THAT AS WELL.

MS. TAING:  MOTHER HAS BEEN UTILIZING ALL RESOURCES WHILE INCARCERATED.

THE MOTHER:  I'M DOING EVERYTHING THAT I CAN.

THE COURT:  IT SOUNDS LIKE IT.  I JUST DON'T KNOW WHEN YOU WILL GET OUT.

THE MOTHER:  I BELIEVE IT WILL BE WITHIN THE NEXT SIX-MONTH PERIOD.  GETTING AN ANSWER FOR THAT.  BUT I DO REQUEST THAT THE COURT ALLOW ME TO HAVE EXTRA TIME.  I LOVE MY SON.

THE COURT:  APPARENTLY THAT'S WHAT THE COUNTY WANTS TOO.

OKAY.  EVERYBODY HAS SEEN AND SIGNED THE ATTORNEY ORDER.

MS. SARITSKY:  I WOULD ASK TO BE HEARD BRIEFLY.

THE COURT:  MAKE IT VERY BRIEF.

MS. SARITSKY:  YES, YOUR HONOR.  I'VE ALSO SUBMITTED JV-535'S.  I'M ASKING THAT THE CURRENT CAREGIVER BE APPOINTED AS A CO-EDUCATIONAL RIGHTS HOLDER FOR REGIONAL

OCT 25 2018

28

CENTER PURPOSES.

THE COURT:  ALL RIGHT.

MS. SARITSKY:  AND I WOULD JUST ALSO LIKE TO LET THE COURT KNOW THAT MY UNDERSTANDING IS THAT MOTHER HAS CHOSEN TO NOT HAVE LEO GET HIS MMR VACCINE AND THAT'S INDICATED IN THE HEALTH AND EDUCATION PASSPORT ATTACHED TO TODAY'S REPORT.  AND THAT'S WHAT HAS BEEN REPORTED TO MY OFFICE.  SO I JUST WANTED TO BRING THAT TO THE COURT' ATTENTION.

MS. TAING:  TO RESPOND, MOTHER SAID SHE'S IN FAVOR OF THE VACCINE AS LONG AS IT'S WITHIN THE RECOMMENDED TIME PERIOD.  SHE WAS CONCERNED THAT THE CHILD WOULD BE VACCINATED BEFORE THE RECOMMENDATION.  THAT WAS HER ONLY STATEMENT.

MR. SABOURI:  THEN I GUESS IT'S A NON-ISSUE IF MOM IS IN AGREEMENT WITH THE VACCINATION AT THIS TIME.

THE COURT:  ALL RIGHT.

THE MOTHER:  (SHAKES HEAD IN THE AFFIRMATIVE)

THE COURT:  I'LL PUT THAT DOWN AS, FOUR, MINOR TO HAVE ALL RECOMMENDED VACCINATIONS.

MS. SARITSKY:  THANK YOU, YOUR HONOR.

THE COURT:  WE'LL HAVE MOM AND THE CARETAKER BE CO-HOLDERS.  SO ED RIGHTS WILL BE HELD BY THE MOTHER AND CARETAKER.

WE'LL EXTEND SERVICES FOR MOTHER TO 4/29.  I'M ACTUALLY QUITE -- WHAT'S THE WORD I SHOULD USE HERE -- ENCOURAGED.  MY SPIRITS ARE RAISED THAT YOU ARE ACTUALLY GETTING THE SERVICES IN CUSTODY.  I CAN'T TELL YOU THE NUMBER OF CUSTODY PARENTS I HAVE WHO COME AND SAY, "WELL,

OCT 25 2018

29

I'M THE WAIT LIST. THEY DON'T HAVE THAT PROGRAM. I CAN'T GET THAT."

YOU'VE TOLD ME YOU HAVE DONE DV WHICH ISN'T EVEN ON THE CASE PLAN. THAT'S GOOD. THE DRUG PROGRAMS. THE PARENTING PROGRAMS. AND YOU'RE INVOLVED IN INDIVIDUAL COUNSELING. THOSE ARE ALL OF THE THINGS THAT WE ORDERED FOR YOU. SO WHEN WE COME BACK IN APRIL, IF YOU ARE OUT, IT MIGHT BE -- YOU MIGHT BE IN A POSITION TO GET THE CHILD BACK. THERE IS STILL A LOT OF ISSUES NOT THE LEAST OF WHICH IS THE CHILD WILL BE NEEDING REGIONAL CENTER SERVICES. AND THEY HAVE TO -- YOU KNOW, THAT'S AN ADDITIONAL SERVICE THAT YOU HAVE TO MAKE SURE YOU GET THE CHILD TO DEPENDING ON WHERE YOU ARE IN THE COUNTY. BUT AT LEAST YOU'RE GETTING THE SERVICES THAT YOU ARE SUPPOSED TO GET AS AN INCARCERATED PARENT. AND SO, LIKE I SAY, I'M ENCOURAGED BY THAT.

WE WILL MAKE THE FOLLOWING FINDINGS FOR THE .21(E): CONTINUED JURISDICTION IS NECESSARY, BECAUSE CONDITIONS CONTINUE TO EXIST WHICH JUSTIFY THE COURT TAKING JURISDICTION. WE'LL FIND BY A PREPONDERANCE OF THE EVIDENCE THAT RETURNING THE CHILD TO THE PHYSICAL CUSTODY OF THE MIRROR WOULD CONTINUE TO CREATE A SUBSTANTIAL RISK OF DETRIMENT TO THE CHILD'S SAFETY, PROTECTION, PHYSICAL, EMOTIONAL WELL-BEING CREATING A CONTINUING NECESSITY FOR AND APPROPRIATENESS OF THE CURRENT PLACEMENT IN FOSTER CARE.

MOTHER WAS ORDERED INTO SERVICES. WE FIND THAT SERVICES ARE BEING PROVIDED TO HER AS AN INCARCERATED PARENT. SHE'S IN PARTIAL COMPLIANCE.

FIND BY CLEAR AND CONVINCING EVIDENCE THAT THE

ASSUMING THAT THE MATERNAL RELATIVES MIGHT BE AVAILABLE TO FACILITATE THOSE VISITS.

WOULD THE COURT LIKE ME TO APPROACH WITH THE JV-140?

THE COURT: PLEASE.

MR. SABOURI: PLEASE NOTE THE DEPARTMENT'S OBJECTION TO ANY CHILD OF THIS AGE, EIGHT MONTHS OLD, TO HAVE VISITATION AT A PRISON, YOUR HONOR.

THE COURT: DO WE KNOW WHETHER OR NOT MOTHER WILL BE RELEASED SOON ON BAIL OR ANYTHING ELSE?

MS. GERSH: I DO NOT, YOUR HONOR.

THE MOTHER: AS OF NOW, NO.

MR. SABOURI: I WOULD NOTE BAIL AMOUNT WAS $1,000,000, YOUR HONOR. IT'S UNUSUALLY HIGH GIVEN THE ALLEGATION AGAINST HER IN CRIMINAL COURT.

THE COURT: HAVE YOU MADE AN APPEARANCE IN CRIMINAL COURT?

THE MOTHER: I MADE MY FIRST APPEARANCE YESTERDAY.

THE COURT: DID THEY TALK ABOUT LOWERING THE BAIL?

THE MOTHER: I DID HEAR THEM LOWER THE BAIL, AND THEY SAID THAT THEY MIGHT LOWER IT AGAIN. IT WENT FROM A MILLION TO $570,000. IT WASN'T REQUESTED, BUT THEY STILL ARE GOING TO HAVE A BAIL HEARING AT SOME POINT. SHE WAS NOT THE ACTUAL PERSON WHO WAS GOING TO BE DEFENDING ME, SO I HAVE TO WAIT.

THE COURT: NOTED.

THE MOTHER: MAY I ASK A QUESTION?

THE COURT: ASK YOUR ATTORNEY.

WHEN COURTS GRANTS REASONABLE

EXHIBIT #0        REQUEST FOR COMPLETE DOCU

0130 MENT

Leo Fitzgerald                                                                                    18CC01771A

03/15/18        211 PC-ROBBERY; current bail amount is $570,000.00

LIVE SCAN results for **Mr. Castillo**, dated 03/27/18, show the following results:

03/16/09        594(A) PC-Vandalism
                Misdemeanor, 36 months probation, restitution, work program

06/26/09        594(A) PC-Vandalism
                Misdemeanor, 36 months probation, 20 days jail, restitution

02/25/10        243(E)(1) PC-BAT: Spouse/ex spouse/date/etc.
                Misdemeanor, 36 months probation, 2 days jail, restitution, work program

10/07/13        11352(A) HS-transport/sell narcotics/control substance
                Felony, 3 years probation, 120 days jail (condition of probation – firearm restriction)

The court is respectfully referred for the CLETS results for mother and Mr. Darquel Castillo

## FAMILY ASSESSMENT UPDATE

### Current Family Circumstances

Child, Leo Fitzgerald, is currently placed with non-related extended family member, Ms. Wilson, who is providing for Leo's needs in a nurturing and loving environment. During in-person contacts, CSW Caldwell observed the child to be happy and thriving in his current placement. CSW has observed Leo to be clean, fed, and appropriately dressed. Leo appears to have bonded well with Ms. Wilson and her grandchildren. Although Leo has limited language skills, Leo engages well with Ms. Wilson through play and appears to go to her for comfort. On 7/9/18, Ms. Wilson was referred to RFA for assessment and certification is pending. CSW Maribel Cazares, (951) 358-3606, is assigned to complete Ms. Wilson's RFA assessment.

### Mother

Mother, Precious Fitzgerald, remains incarcerated at Century Regional Detention Facility where she is participating in court-ordered programs made available to her through the jail. Mother maintains consistent communication with CSW and provides pertinent information to CSW that is necessary to the growth, development and care of Leo while in placement.

In addition to court-ordered programs, mother has enrolled herself in various courses, including domestic violence courses, bible studies, and dependency law informational courses.

On 10/2/18, mother advised CSW that she has received acceptance letters for residential treatment program The Teen Project and there is a possibility that her criminal case sentencing may result in her being released to said program where she would be able to further work on reunifying with Leo.

EXHIBIT #O

0131

Leo Fitzgerald                                                                                18CC01771A

### Father (alleged)

On 3/26/18, CSW met with Darquel Castillo, who stated that he is the father of Leo Fitzgerald. Mr. Castillo said that he and mother began a relationship in 2016 and were romantically involved on and off. Mr. Castillo said that he and mother were involved in an incident where she was injured from a moving vehicle. Mr. Castillo stated that mother was arguing with another female in the car and mother, then, jumped out of the car while it was moving approximately 10-15 mph. Mr. Castillo said that mother drove the car away and he walked away from the incident. Mr. Castillo said that police were called; however, approximately two months later, charges were dropped. Mr. Castillo believed that mother was around six to seven months pregnant when the incident occurred.

On 10/2/18, CSW spoke with mother in regard to her allegations of domestic violence between her Mr. Castillo. Mother advised CSW that she and Mr. Castillo had ongoing issues with domestic violence.

When mother was approximately 5 months pregnant, she stated that father kept repeatedly picking her up and slamming her into various objects including slamming her down on her back into bath tub.

Mother stated that when she was approximately 6-7 months pregnant, Mr. Castillo pushed mother out of a moving vehicle. Mother said she called the police immediately; however, out of fear of repercussions from Mr. Castillo due to his gang affiliations, did not identify father to the police. Mother said that, after the incident, she was taken to Long Beach Memorial Hospital and was admitted into the trauma department and had sustained several fractured ribs. Mother said that she ended up calling the police a second time and provided Mr. Castillo's name. Later, mother said that Mr. Castillo convinced her to not show up to court. Charges against father were subsequently dropped.

Throughout the duration of her pregnancy, mother stated that Mr. Castillo acted as her pimp and exploited her sexually. Mother stated that the day of the incident where Mr. Castillo allegedly pushed her out of a moving vehicle, it was in response to her refusing to prostitute herself that night. "He put me in a position to have all of my things stolen. I had been living in transitional housing and I was working as a receptionist. He cut me off from all of my friends and family."

Mother stated, on another occasion, father held a gun to her head and, additionally, allowed his friend hold a gun to her head, threatening her life. "It was early on. He cried afterwards and said he's killed a lot of people for less than the price of a motel room and he was sorry and didn't want to hurt me and I just needed to listen to him and do what he said." Mother also alleged that Mr. Castillo travels from state to state selling drugs. "He will go from Wisconsin to Texas to Washington. He will travel all over."

On 4/11/18, per mother, Darquel Castillo came to the jail to see mother. Mother said that when she saw Mr. Castillo she asked him if he'd taken a paternity test and Mr. Castillo said he had not. When mother asked Mr. Castillo why he hadn't yet taken a paternity test she said that father told her "don't worry about it." Mother submitted an Inmate Request Form requesting that the jail ban visits from Darquel Castillo.

0132

Leo Fitzgerald                                                                              18CC01771A

On 5/29/18, per mother, Darquel Castillo came to the jail to see mother. Mother said she was not aware it was going to be Mr. Castillo that was visiting as the visitor that had registered was a different name. Mother said that after she came into the visiting area only then did Mr. Castillo come out to see her. Mother said she immediately turned around and did not participate in the visit. Mother subsequently completed another Inmate Request Form requesting to have Mr. Castillo blocked from visiting her.

### Evaluation of Child(ren)

**Regarding:** Leo Fitzgerald

**Medical:**

Please see attached Health and Education Passport.

**Developmental:**

On 10/2/18, CSW referred Leo to Inland Regional Center, 1500 Iowa Ave., Riverside, CA 92507, (951) 826-2600 as per a medical evaluation on 5/18/18, there were delays in developmental milestones, including a delay in communication, fine motor and problem solving skills and borderline delay in personal social skills. During visits, CSW has observed Leo to have a limited vocabulary, only using words "yes" "no" and "up". Leo has very limited language skills, however, he is expressive with sounds, tones and gestures. Caregiver also advised CSW during visits of various concerns regarding eating. Leo has an issue regarding textures of foods and will not eat solid foods, instead, getting upset and holding food out on his tongue instead of swallowing it. Additionally, Leo is not able to hold utensils in his hand.

**Educational:**

Leo is not of school age and is cared for at home by the caregivers.

**Mental & Emotional Status:**

Leo is not currently receiving mental health services. During in-person visits, CSW has observed Leo to have a joyful and gentle demeanor. Caregiver has expressed to CSW that Leo is a very "easy and happy baby". Both prior and current caregiver expressed that they did not have any concerns about his mental or emotional status.

0133

Leo Fitzgerald                                                                18CC01771A

## OUT OF HOME PLACEMENT

### Placement History:

| Child's Name | Date of Original Placement | Date of Current Placement | Total Number of Placements | Child Ever Return Home |
|---|---|---|---|---|
| Leo Fitzgerald | 3/16/18 | 7/25/18 | 2 | No |

The child, Leo, is currently placed with Ms. Wilson, a non-related extended family member. Leo's caregiver ensures that the child is up-to-date with medical and dental care, and they are able to meet his basic needs. The child has been connected to appropriate services, as needed.

On 8/7/18, court ordered an ICPC to assess Maternal Cousin Jazzlynn ONeal-Tatum in Nevada. On 7/26/18, court ordered to assess Maternal Aunt Myracle Holloway in Oklahoma.

On 10/3/18, CSW initiated an ICPC request for Maternal Aunt Myracle Holloway.

On 9/19/18, CSW requested additional information from Maternal Cousin. CSW is awaiting additional information from Maternal Cousin Jazzlynn ONeal-Tatum, including a telephone number for contact, as well as additional adults residing in the home. ICPC will be requested upon receipt of aforementioned information.

## SERVICES PROVIDED/FAMILY COMPLIANCE

### Services Provided:
The Department provided the family with the following services:
- Case management
- Periodic safety and risk assessments
- Arrangement and maintenance of placement
- Facilitation of visitation
- Crisis intervention
- Concurrent planning
- Referrals to services

### Family Compliance:

On 4/26/18, the court ordered mother, Precious Fitzgerald, to do 10 consecutive drug tests, individual counseling to address child protection, criminal history and substance abuse profession by a licensed DCFS-approved therapist and parenting classes.

*Substance Abuse Counseling*

On 4/27/18, mother enrolled in the substance abuse treatment class at the women's CRDF, which takes places every Friday. The classes are taught by Sammie Stinson, (213) 229-0985 ext. 2160,

Status Review Report                                                         9
10/25/2018

0134

Leo Fitzgerald                                                                    18CC01771A

Certified Substance Abuse Counselor, who, in a progress letter stated, "During every session Ms. Fitzgerald has been a willing and actively engaged participant who brings positive energy to the group. She openly expresses her true feelings about her past substance abuse and personal life difficulties and she seems committed to finding a solution and becoming a productive member of society."

On 5/24/18, mother requested one-on-one substance abuse counseling, which began June 1, 2018 with counselor Sammie Stinson. Ms. Stinson stated, "The one-on-one counseling concentrates on the process of the 12-steps of recovery. Ms. Fitzgerald is required to commit to and satisfy each requirement of the process before she is granted a certificate of completion."

On 5/31/18, mother received a certificate of completion for the Center for Health Justice's Women Moving Ahead Program on Substance Abuse Prevention and Health Education with Reentry Counselor, Celia Robles (213) 229-0985 ext. 2170.

### Domestic Violence

On 4/12/18, mother enrolled in the class Women Moving Ahead and the Substance Abuse Class and Harm Reduction class, which entails high risk behaviors due to being under the influence of controlled substance. Additionally, on 5/18/18, mother began meeting with one of the substance abuse counselors, Celia Robles, on a one-on-one basis and enrolled in the 52 court-mandated domestic violence classes as a support. Celia Robles, Program Reentry Counselor, stated that the reentry counselor has her BS and MA which gives the equivalence to certification to teach Domestic Violence. Mother completed the eight of eight mandatory sessions on 5/31/18 with the counselor stating, "While the court had just begun, Precious Fitzgerald has been actively participating, sharing her insight and knowledge with her peers. We recognize and appreciate her active participation and commitment to completing the course."

### Parenting Classes

On 7/12/18, mother enrolled in the Gender Responsive Rehabilitation Program with Joy Liani Hallman, Ed. D. (323) 568-4715. GRRP is a Behavioral Modification Program, which focuses on correcting the destructive thought process that often lead to addiction and self-destructive behaviors. Mother is enrolled in Cohort B, which addresses Addiction & Recovery, Criminal Lifestyles, Women's Study-meditation, and Women's Way through the 12 steps. Mother is also enrolled in Cohort D, which consists of Family Systems, Parenting, Families and Recovery, and Anger Management. Mother's electives include Journaling My Addiction and 12-Step meetings.

On 8/2/18, mother advised CSW that she will complete the course and receive a certificate of completion on 8/11/18.

### Additional Courses/Counseling

On 5/8/18, mother participated in Multimedia Study Sessions, The Bible in our Life with Catholic Chaplain Evelia Ortiz, and was awarded a certificate of completion.



EXHIBIT #0

0135

Leo Fitzgerald                                                                    18CC01771A

On 8/31/18, mother received a certificate of completion from the Harriet Buhai Center for Family Law for which mother attended and successfully completed classes with Betty Nordwind. Classes included the following subjects: Dependency, Family and Probate courts, Effects of Domestic Violence, Drugs, Alcohol and mental health Problems on the Welfare of Children, Understanding Parental Rights and Responsibilities in California, Understanding Time Frames in Dependence Court and Developing Knowledge of Community Resources in Los Angeles.

**Please refer to the attached documents regarding mother's completion of AA counseling meetings, substance abuse counseling, domestic violence counseling and parenting course.**

## VISITATION

On 4/26/18, court ordered monitored visitation for mother. Visits are set-up to take place once a month. Each visit lasts approximately 45 minutes. DCFS staff picks up Leo either from placement or an agreed upon location with the caregiver. Ms. Wilson brought Leo to the jail for the August visit. Mother is able to visit with Leo through a window as mother is not permitted contact visits. Mother is able to speak to Leo on the telephone at visits.

Mother has had in-person visits with Leo at Century Regional Detention Center on 5/10/18, 6/25/18, 7/25/18, 8/25/18 and 9/17/18.

CSW monitored the visit on 7/25/18. During the visit CSW observed mother to be engaged and loving with Leo. Mother made birthday cards and sang "Happy Birthday" to Leo through the phone. Mother observed Leo walking and running and had advised CSW that this was the first time she'd seen him walk on his own. Mother became emotional and clapped and cheered for Leo as he ran up and down the visiting row.

## CONTACTS

CSW had face-to-face contact Leo and his caregiver on the following dates: 4/4/18, 5/10/18, 6/22/18, 7/25/18, 8/21/18 & 9/27/18.

CSW had face-to-face contact with mother on the following dates: 4/24/18, 6/12/18, 7/25/18, 9/21/18.

## FAMILY'S PERCEPTION OF THEIR NEEDS

Mother has stated that she wants to find support groups, complete programs and love herself and her son first. Mother has advised CSW that she wants to continue to make the appropriate changes in order to get her son back in her care. "I am going to change and leave every person behind that does not support that change."

Due to age and developmental ability, the child is unable to provide a statement as to his needs.

0136

Leo Fitzgerald                                                            18CC01771A

## CONCURRENT PLANNING

The Concurrent Planning Assessment was completed on 10/2/18. The current caregiver is not interested in providing permanency for Leo if mother is unable to reunify. Mother has identified two prospective caregivers that are both willing to provide permanency. Maternal Aunt, Myracle Holloway has been identified as a prospective permanent placement. Maternal Cousin, Jazzlynn ONeal-Tatum has also been identified as a prospective permanent placement. ICPC home studies are currently pending for both relatives.

## DETRIMENT & PROGNOSIS OF RETURNING CHILD(REN) HOME

On 9/22/18, CSW Caldwell completed an SDM Reunification Assessment which indicated that the risk level is high should the child be returned home, and the recommended plan is to continue services. This recommendation was informed by the risk level of the initial investigation in addition to the parents' progress with case plan objectives as indicated by behavioral changes and including that mother is still incarcerated.

## ASSESSMENT/EVALUATION

The child, Leo Fitzgerald, continues to do well under the supervision and care of Ms. Wilson. The caregiver ensures that Leo receives necessary medical and dental care and is committed to the child receiving developmental services through the Regional Center, if deemed appropriate. Ms. Wilson is committed to ensure that Leo continues to visit mother at CRDF once monthly. Ms. Wilson also maintains and continues to develop a relationship with Leo's extended family through her role as a non-related extended family member.

Mother, Precious Fitzgerald, is in compliance with the case plan issued by the court on 4/26/18. Mother has completed substance abuse treatment, one-on-one substance abuse counseling. She is currently enrolled in domestic violence classes, as well as parenting courses. Mother has also completed a variety of other support programs and courses through CRDF. Mother has demonstrated significant progress with her case plan, as well as continues to develop her insight and understanding into case related issues. As mother's criminal case is still pending, continued reunification services are necessary as the Department is unable to develop a permanency plan.

## ATTACHMENTS

The attachments identified in this report are attached hereto and incorporated herein by this reference.

- Photo of Leo Fitzgerald
- Notices and Proofs of Service
- CLETS as to mother
- CLETS as to Darquel Castillo
- Health and Education Passport dated
- Concurrent Planning Assessment
- Various Certificates for mother's programs
- Mother's acceptance letter into The Teen Project Drug Rehabilitation Program



Status Review Report                                    12
10/25/2018

O137

Leo Fitzgerald                                                                    18CC01771A

## RECOMMENDATION

It is respectfully recommended that the Court make the following advisements, inquiries, findings, and orders:

**Findings**
1. Notice of this hearing was given to all necessary persons as required by law.
2. Continued supervision by the Court is necessary.

**Orders**
1. Child to remain a dependent of the court
2. All orders not modified herein to remain in full force and effect.
3. That reunification services be continued for mother
4. Paternity testing as to alleged father Darquel Castillo prior to any contact with the minor
5. The matter to be continued for a permanency (WIC 366.21f) hearing in 6 months.

**Respectfully Submitted,**

Bobby D Cagle, Director
Department of Children and Family Services cv

**By**

Meredith Caldwell, CSW II, GH32 S3239 -- Caldwell, M., (213) 763-3808          Date- 10/9/18

Florence G Escalante, SCSW, (213) 763-3857                                      Date 10-9-18

*I have read and considered the above report.*

**Judicial Officer**

**Date**

Status Review Report                                                             13
10/25/2018

EXHIBIT C

VISITS STOPPED BECAUSE OF EPIDEMIC
SAME RESULT WOULDVE BEEN OF NON INCARCERATED 34

MOTHER

PROPER. I WOULD ASK THAT THE COURT ALSO TODAY MAKE A NON-ICWA FINDING. THANK YOU.

THE COURT: THE COURT WILL FIND THERE'S NO REASON TO BELIEVE THIS IS AN ICWA CASE. NOTICES ARE PROPER. MOTHER IS TO BE NOTICED AND ORDERED TO RETURN FOR 4/26. 4/26 IS YOUR NEXT DATE WITH A 4/19 ROR FOR PROOF OF NOTICE.

ALL PARTIES ARE SUBMITTING ON THE REQUEST BY MINOR'S COUNSEL TO IDENTIFY MINVERVA WILSON -- M-I-N-E-R-V-A, W-I-L-S-O-N -- TO HOLD EDUCATIONAL RIGHTS, DEVELOPMENTAL DECISION-MAKING POWERS. MINVERVA WILSON HOLDS ED RIGHTS FOR THE CHILD.

ANYTHING ELSE FOR THE CHILD, MS. DEMUTH?

MS. DEMUTH: NO, YOUR HONOR.

THE COURT: MR. LARSON?

MR. LARSON: JUST ONE THING, YOUR HONOR. THE DEPARTMENT TO MAKE BEST EFFORTS TO -- FOR THE SOCIAL WORKER TO HELP FACILITATE VISITS AT MOTHER'S PLACE OF INCARCERATION. THE PREVIOUS SOCIAL WORKER USED TO HELP WITH THAT, BUT I BELIEVE THERE'S BEEN A PAUSE. SO I'M JUST -- THAT'S WHY I'M ASKING FOR, BEST EFFORTS TO ARRANGE VISITS.

THE COURT: THE CURRENT SOCIAL WORKER TO USE BEST EFFORTS TO ARRANGE VISITS FOR CHILD AT MOTHER'S PLACE OF INCARCERATION IN CONFORMITY WITH THE POLICIES AND PROCEDURES OF THAT FACILITY.

ALL OTHER ORDERS IN FULL FORCE AND EFFECT.

ANYTHING ELSE, MR. SABOURI?

MR. SABOURI: TWO THINGS, YOUR HONOR. JUST FOR THE RECORD, I'LL NOTE THE DEPARTMENT'S OBJECTION TO TAKING THE

CHILD TO A PLACE OF INCARCERATION ESPECIALLY UNDER CURRENT COVID GUIDELINES, YOUR HONOR.  I WOULD ASK THAT THE COURT ALSO MAKE AN ORDER WITH RESPECT TO VISITS THAT ANY AND ALL LOCAL AND CURRENT COVID PROTOCOLS BE FOLLOWED WITH RESPECT TO VISITS.

AND SECOND, I JUST WANT THE MINUTE ORDER TO REFLECT THAT THIS COURT WANTS A SEPARATE SUPPLEMENTAL .26 AND RPP REPORT FOR THE NEXT DATE.

THANK YOU VERY MUCH, YOUR HONOR.

THE COURT:  CORRECT, MR. SABOURI.  SEPARATE REPORTS DUE IN ON 4/19.

ALL COVID PROTOCOLS, BOTH STATEWIDE AND COUNTYWIDE, MUST BE ADHERED TO WITH REGARDS TO ANY VISITS WITH MOTHER.

THANK YOU VERY MUCH, EVERYBODY.

OKAY.  WE'VE GOT --

MS. WALCH:  YOUR HONOR, I REPRESENT THE DAD.  MAY I BE HEARD?

THE COURT:  I DON'T HAVE YOU ON THE CALENDAR.  YOU HAVE THE CASTILLO FATHER?

MS. WALCH:  I DO HAVE HIM.

THE COURT:  I APOLOGIZE.  I DID NOT REALIZE, BECAUSE YOU ARE NOT ON THE CALENDAR.

LADL-4 IS PRESENT FOR THE CASTILLO FATHER.

MS. WALCH:  I'M LADL-1, THOUGH.

THE COURT:  I APOLOGIZE.  LADL-1, MS. WALCH, FOR THE CASTILLO FATHER.

YES?

EXHIBIT A C

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

## REFUSAL TO GIVE PARENTAL CONSENT TO ADOPTION
(Birth Mother/Presumed/Biological Father/Legal Parent)

| | |
|---|---|
| Original: | Court Record |
| Copy: | Parent |
| Copy: | Case Record |

**INSTRUCTIONS:**

1. This form is to be completed by the legal parent who refuses to consent to the adoption of his/her child.
2. The legal parent must initial each statement and sign at the bottom of the form.
3. Complete Section A or B as explained below.

COUNTY: LOS ANGELES

ACTION NUMBER: 18CCJPO1771A

I, __PRECIOUS LANAY FITZGERALD__ being the (Choose One):
   NAME OF LEGAL PARENT

☒ Birth Mother ☐ Presumed Father ☐ Biological Father ☐ Other Legal Parent _____

of __LEO FITZGERALD__ (Gender: ☒ M ☐ F) born on __07 / 17 / 2017__
   NAME OF CHILD                                                                 DATE OF BIRTH

refuse to give my consent to adoption of said child by __MINERVA SIMS WILSON__.
                                                         NAME OF PETITIONER(S)

**PF** I understand I have the right to retain a lawyer to assist me with this matter.
INITIAL

**PF** I understand that by signing this form it does not stop the adoption. I understand that if I want to stop the adoption I must take legal action as soon as possible.
INITIAL

**PF** I understand that the petitioner(s) can go to court and ask the court to end my rights as this child's parent.
INITIAL

| SIGNATURE OF LEGAL PARENT | PRECIOUS LANAY FITZGERALD | DATE 8/14/2023 |
|---|---|---|

| **SECTION A** |
|---|
| **Complete if signed in California** |

| SIGNATURE OF AGENCY REPRESENTATIVE (CDSS or Delegated County Adoption Agency) | DATE |
|---|---|
| NAME OF AGENCY REPRESENTATIVE | TELEPHONE NUMBER |
| NAME OF AGENCY (CDSS or Delegated County Adoption Agency) | COUNTY WHERE SIGNED |
| FULL ADDRESS | |

| **SECTION B** |
|---|
| **Complete if signed Outside-of-California\*** |
| \*\*\*THIS FORM MUST BE WITNESSED BY A NOTARY PUBLIC WHEN SIGNED OUTSIDE OF CALIFORNIA\*\*\* |
| The Notary Public must staple the Acknowledgement document to this form and sign and date below. |

| SIGNATURE OF NOTARY | DATE |
|---|---|

**\*If signing outside the United States, this section must meet with the requirements of California Civil Code Section 1183.**

AD 20 (ENG/SP) (4/15)

EXHIBIT 6

## CO-PARENTING AGREEMENTS

**As Co-parents who are part of a Safety Network of Support, Birth Parents and Resource Family Caregivers will**

- Work together to compile and maintain a life book to keep a record of the child's successes, milestones, memories, and important connections. This will be provided to the child.

- Collaborate on and participate in services and resources to meet the child's needs.

- Strive towards addressing partnership challenges with each other in a respectful and solution focused manner.

- Provide positive coaching to each other and share information about what they have learned is supportive to the child.

- Strive to keep visitation schedules to ensure consistency and predictability for the child.

- Share transitional and other important objects/items to increase child comfort in out of home care.

- Seek feedback from each other about the care being provided to the child and will work through concerns together.

- Respect each other's right to some privacy, but will share relevant family and child history in order to provide high quality care.

- Collaborate together about food and snacks during visits for consistency.

- Respect each other's boundaries and develop mutually agreed upon plans for communication and information sharing.

- Speak positively about each other in front of the child and will model partnership to decrease confusion and anxiety for children.



## WELLS FARGO

Payment sent

EXHIBIT #F

## $100.00

Sent to Minerva Wilson

For Leo from Precious

| | |
|---|---|
| Sent | **07/03/22** |
| Status | **Completed** |
| Confirmation | **RP0QJYBDNS** |

PLAINTIFF STILL HAD ACCESS TOO

& RELATIONSHIP WITH CARE GIVER & LEO FITZGERALD

 Accounts      Transfer      Zelle®      Menu



## WELLS FARGO

← Payment sent

# $100.00

Sent to Minerva Wilson

For Leo from Precious

EXHIBIT # F

| | |
|---|---|
| Sent | **07/03/22** |
| Status | **Completed** |
| Confirmation | **RP0QJYBDNS** |

 Accounts     Transfer     Zelle®     Menu

        ‹

CALLS FOR BABY LEO

EXHIBIT #3

4/22/2018 MOM HAS TO DO ALL 3 WAYS
LADY WAS NICE SAID HIS ECZEMA WAS REALLY
BAD ON OVER THE COUNTER HYDRO CORTIZONE 1%.

4/27/2018 LADY SAID SHE CAN TELL I LOVED LEO AND
THAT HE HAS A HERNIA PROBLEM " HE SOUNDED SO HAPPY AND
IS GETTING ALONG WITH OTHER CHILDREN IN HOME WELL
DOCTORS NAME CLARIBEL VARGAS (LASELLE MEDICAL ASSOCIATES)

5/2/2018 LEO MAKING NOESES ALOT NO WORDS YET (EVEN
THOUGH ONE TIME WITH ME HE SCREAMED BABA (LOL)
I GUESS IT WAS COINCIDENCE

5/5/2018 LADY SAID LEO WAS SLEEPING " ASK MINERVA TO GET LEO
MOM LET ME SPEAK TO BANDERA WERE GONNA TRYING TO USE
5/6/2018 LEO HOLDING ON TO WALLS
STUFF TO STAND UP! (OMG " ?) MY BABY. MY LOVE.

5/11/2018 LEO SLEEPING
ASKED MINERVA TO GET LEGAL GUARDEANSHIP
5/15/2018 LEOS ECZEMA NOT IMPROVING GOING BACK
TO DOCTOR DOING GOOD

5/19/2018 SHES AT HER OWN DOCTOR APPT CANT TALK
NOW

5/21/2018 BABY-LEO WENT TO DOCTOR NO SOAP WITH
SCENT MILD SOAP ECZEMA STILL SEVERE " (THE OTHER ON)
HES 29.3 INCHES AND I DIDNT GET TO ASK
WHAT IN THE WORLD THAT IS IN FEET.

5/26/2018

5/29/2018 GOT TO TELL MY FATTY BADE LEO I LOVE HIM
SO MUCH AND EVEN THOUGH HE CANT
UNDERSTAND TOLD HIM ALL IM DOING
FOR HIM

6/2/2018 LEO SLEEP " ASKED MINERVA FOR HER ADDRESS
WHEN LEO GETS THERE I CAN WRITE 7774 MAGNOLIA AVE # 25 RSCA 92504
LEO GOT NEW PJS SHE KEEPS CEVING HIM

6/5/2018 MILK TOLD HER I HAD TO PUT HIM ON
NON DAIRY FORMULA DUE TO OBVIOUS DISCOMFORT
AND DIAHREAA WHEN I WOULD GIVE IT TO HIM

6/8/2018 GOT TO TELL BABY LEO ALL THE THING WERE
GONNA DO GO TO THE PARK, CHILDRENS MUSEM
AND IM GONNA GIVE HIM A MELLION HUGS
AND KISSES

6/11/2018 LEO KEPT HITTING PHONE (HAHA) MAKING LOTS
OF NOESES

Do HOMEWORK FOR DOMESTIC VEOIGNCE CLASS BY TONITE


## Gratitude Blog

Inspirational Stories    Affirmations    Grateful Living    Well Being    Quotes

# for Kids



I believe in myself.

My life is beautiful.

I have a big heart.

I am safe and cared for.

I am a good listener.

I can ask for support.

My life is fun and filled with joy.

I am a fast learner.

I have amazing abilities.

I will make the most of this day.

CALL LOG FOR LEO

6/16/2018   LEO DOING SO GOOD HAPPY & DIDNT HIT THE PHONE TODAY & LISTENED TO MOMMIE

6/18/2018   LEO SLEEP

EXHIBIT #3

6/22/2018   TOOK LEO TO PARK THEY HAD SUCH A GOOD TIME :)

6/24/2018   LEO HAS BEEN UNCOMFORTABLE DUE TO ECZEMA

6/29/2018   NO ANSWER

7/1/2018   NO ANSWER

7/5/2018   LEO WENT ON PLAY DATE WITH ANOTHER BABY (AWW) DOEN SO GOOD

7/8/2018   GOT PICTURES LEO IS NOT DRESSED HOW I WOULD DRESS HIM BUT ITS CLEAN AND IM THANKFUL

7/14/2018   NO ANSWER

7/17/2018   LEOS BDAY! OH MY BABY IS 1! HE GOT BIG BOY TOYS AND A FEW OF THEM AND A CAKE BUT I THINK IT HAS MILK EN IT 'N 'EM STILL HAPPY HEALTHY

7/21/2018 = LEO DOING GOOD TOLD HIM ALL THE STUFF I WAS THINKING EVEN THOUGH HE CANT TALK BACK

7/25/2018   MOM DIDNT ANSWER SO WE COULD CALL LEO CALLING BACK   6:24 PM CALLED BACK TALKED TO HIM HE MADE NOISES

7/29/2018   DOING GOOD TOLD HIM ALL THE STUFF WERE GONNA DO

8/2/2018   LEO LAUGHED ALOT I CANT WAIT UNTIL HE CAN TALK TO ME

8/10/2018   TOOK EVERYONES PENCILS ON THE 3RD JUST GOT ONE BACK :) LEO HAS DEAPER RASH GIVING EUCERIN 3 TIMES A DAY SHE HASNT BOUGHT IT YET 23 POUNDS my FATTY BABE BOUL

Build a Positive Mindset

3. I matter.

4. I am proud of myself.

5. I am important.

6. I am appreciated.

7. I am creative.

8. I am patient.

9. My opinion matters.

10. I am valued.

11. I am honest.

12. I am helpful.

13. I am determined.

14. I am a good friend.

15. I am blessed.

16. I am loved.

17. My ideas are valued.

18. I am happy.

19. Today, I will shine.

20. My future is bright.

**Related:** 100 Self-Love Affirmations for Higher Self-Esteem

Positive Affirmations to Create Your Child

CALL LOG FOR BABY LEO

8/12/2018

8/13/2018 NO ANSWER !!

8/17/2018 RUNNING OUT OF PAPER
" NO ANSWER MOM SAID START WRITING
8/20/2018 DURATION AND TIME
3:11 12 MEN
ABOUT 5 TO LEO
8/24/2018 11:22 AM 25 MEN
TALK TO
ABOUT 5 TO LEO
8/26/2018 9:26 AM 4
MEN TALKED
TO LEO SLEEPY
8/31/2018 1:22 PM 32
MEN TALKED
9/3/2018 ABOUT AND TO LEO
6:33 PM TALKED
TO LEO 5 MEN ABOUT 22 MEN
9/7/2015
NO ANSWER

9/11/2018 8 MEN TO LEO
5:04 PM
8 MINUTES ABOUT LEO
9/14/2018 7:02 PM
6 MEN TO LEO
32 MINUTES ABOUT LEO
9/17/2018 9:09 AM
LEO TIRED 2 MINUTES
9/21/2018 6:22 AM
4 MINUTES TO LEO 41 MIN ABOUT
9/26/2018 12:47 PM
NO ANSWER KEEP
MINERVA CAN ONLY FOR A MONTH
9/29/2018 4:16 PM
LEO DOING SO GOOD!
5 MINUTES TO LEO
21 MINUTES ABOUT LEO
10/1/2018
NO ANSWER
10/5/2018 LORATADINE
NEW LOTION DESONIDE RX
10:46 AM 9 MINUTES TO LEO
10/7/2018
COMMUNICATIONS 10/1
11:13 AM 12 MINUTES TO LEO
10/13/2018
10:21 AM 8 MINUTES
10/17/2018 11:17 AM
SAW DOCTOR AD IS ALLERGIES ECZEMA
10/20/2018
NO ANSWER
10/22/2018 BAN
ANY DAY BUT CALL
MON SAT SUN BEST DAYS
10/27/2018
NO ANSWER
10/31/2018 9:22 AM HALLOWEEN! DRESSED UP!
DOCTOR OTHER DAY
ECZEMA DOING BAD 12 MEN
11/4/2018 13 MEN
DOCTOR OTHER DAY
ECZEMA DOING BETTER

12/3/18 MON 22 MEN
12/6/18 16 MIN
12/7/18 FRI 1:06 MEN
12/10/18 MON 3 MEN
12/12/2018 41 MEN
12/15/18 SAT 4 MEN
12/16/18 SUN 14 MEN
12/19/18 WED 8 MEN
12/22/18 SAT 46 MEN
12/24/18 NO ANSWER
12/25/18 MON CHRISTMAS! 2 MEN
12/27/18 THUR 4 MEN
12/29/18 SAT 12 MIN
12/30/18 WED NO ANSWER
1/1/19 FRI HAPPY NEW YEAR! 16 MEN
1/14/19 MON 8 MIN
1/6/19
1/12/19 SAT
1/15/19 TUE N/A
1/19/19 SAT 27 MEN
1/20/19 SAT
1/26/19 SUN 43 MEN
1/27/19 SUN 2 MEN
1/28/19 MON 6 MEN
1/31/19 THUR 14 MEN
2/2/19 SAT 3 MEN
2/3/19 SUN 38 MEN

11/4/2018 SUN
5 MEN
11/8 2018 THUR
DOCTOR 11/5 LAST ORGANS 42 MENUTES
11/11/18 13 MIN
11/13/18 TUE
11/17/18 SUN 26 MEN
11/19/18 MON 4 MEN
11/21/18 TUE 2 MEN
11/24/18 SAT NO ANSWER
11/25/18 SUN
MON
11/27/18 TUE NO ANSWER
11/30/18 FRI
12/3/2018 MON
16 MEN
2/5/19 TUE 14 MEN
2/8/19 FRI 6 MEN
2/10/19 SUN 6 MEN
2/14/19 TUE VALENTINES DAY 32 MEN
2/16/19 SAT 12 MIN
2/18/19 MON 35 MIN
2/20/19 WED 7 MEN
2/25/19 MON 3 MEN
2/28/19 THUR 42 MEN
3/1/19 FRI 27 MEN
3/4/19 MON 16 MIN
3/7/19 THUR 17 MEN
3/9/19 SAT 3 MEN
3/11/19 MON 46 MEN
3/16/19 SAT 12 MEN
3/18/19 MON 4 MEN
3/21/19 THUR 27 MEN
3/24/19 SUN 16 MEN
3/28/19 THUR 46 MEN
3/31/19 SUN 12 MEN
4/2/19 TUE 46 MEN
4/4/19 THUR N/A
4/6/19 SAT 19 MEN
4/8/19 MON 6 MEN
4/11/19 THUR 32 MEN
4/13/19 SAT 12 MEN
4/14/19 SUN 6 MEN
4/16/19 TUE 18 MIN
4/20/19 SAT 9 MEN
4/21/19 SUN 14 MEN
4/27/19 SAT 3 MEN
4/28/19 SUN 11 MEN

4/30/19 SAT
5/4/19 SAT 3 MEN
5/5/19 WED 4 MIN
5/6/19 MON 9 MEN
5/10/19 FRI 7 MEN
5/14/19 TUE 26 MIN
5/20/19 MON 11 MEN
5/22/19 WED 3 MEN
5/27/19 MON 8 MEN
5/31/19 FRI 6 MEN
ONLY LETTING US GET 1 CALL PER WEEK FACILITY ISSUES
6/3/19 MON 13 MEN
6/11/19 TUE 27 MEN
6/19/19 WED 18 MEN
6/24/19 MON 17 MIN
6/29/19 SAT 6 MEN
7/11/19 MON 15 MEN
7/8/19 MON 34 MEN
HAPPY BDAY BABY!
7/17/19 WED 21 MEN
7/24/19 WED 19 MEN
7/29/19 MON 37 MEN
8/1/19 THUR 12 MEN
8/9/19 FRI 32 MEN
8/12/19 MON 9 MEN
8/19/19 MON 16 MEN
8/27/19 12 MEN
9/1/19

GOT PAPER FINALLY
STARTING MORE
ORGANIZED ON
THERE GOT LOTS OF
PAPER

EXHIBIT #3

 **Gratitude Blog**

Build a Positive Mindset

Inspirational Stories    Affirmations    Grateful Living    Well Being    Quotes

blessed to have you in their lives.

8. You are a natural winner.

9. The world is full of endless possibilities.

10. Your voice is always heard with respect and equal value.

**Continue Reading:** <u>7 Ways to Be a Good Friend to Yourself From Today</u>

EXHIBIT F





EXHIBIT F



**Love Truth Peace Freedom Justice**

The Moorish Heritage and History School is an Active Subsidiary of the *Moorish Divine and National Movement of the World*, which is the Jural Society for all Students, Staff and Members.

The students, Staff and Members are: Natural Persons "In Full Life'; honoring their Mothers and Fathers by national principles; supporting and enforcing the Constitution for the United States of America, wherein their Rights are preserved, and; claiming their inheritance and ancestral estate in perpetuity.

Autograph: _____

Think Well

MHHS 2006-1956

 ISLAM    ASIA    7 ALLAH

This **Nationality** and **Identification** Card bears the Great Seal of the Moroccan Empire. The bearer of this card is a Moorish American National, 'in Propria Persona', Aboriginal and indigenous to Northwest Amexem /Southwest Amexem / Northwest Africa /North America - 'The North Gate', including Central America, South America and the adjoining islands— Americana. The bearer of this card is a Moslem under the Divine Principles **Love**, **Truth**, **Peace**, **Freedom** and **Justice**; honors the Divine Laws of the GREAT KORAN of Mohammed and all Divine Prophets: Ali, Mohammed, Jesus, Buddha and Confucius. Moorish American Nationals uphold and enforce the Supreme Law — the Divine Principles imbued within the North American Republic Constitution for the United States of America and are a citizen of the Moorish Nation—Northwest Africa/Northwest Amexem /North America.

All Officers, departments, agents, employees, personnel and assigns, etc., are bound by Oath to uphold and support the Constitution for the United States Republic North America. All statutes, codes, rules, contracts, et al, repugnant to the Constitution are void Ab Initio, pursuant to Nature's Law, Divine Law, and affirmed by Article VI of the Constitution.

EXHIBIT # F



**The Superior Court, County of Los Angeles**
**APPEAL TRANSCRIPT CHRONOLOGICAL INDEX**

**Page 1 of 4**

In the matter of
**LEO F., A MINOR**
**Case Number: 18CCJP01771A**

| Description | Date | Vol. | Page |
|---|---|---|---|
| PETITION (300 WIC) | 03/19/18 | 1 | 0001 |
| DETENTION REPORT | 03/19/18 | 1 | 0006 |
| ADDENDUM REPORT | 03/19/18 | 1 | 0027 |
| DEPENDENCY CASE COVER SHEET | 03/19/18 | 1 | 0035 |
| ORDER FOR MEDICAL EXAM | 03/20/18 | 1 | 0036 |
| ORDER FOR MENTAL HEALTH | 03/20/18 | 1 | 0037 |
| PARENTAL NOTIFICATION OF INDIAN STATUS- MO | 03/20/18 | 1 | 0038 |
| PARENTAGE QUESTIONNAIRE | 03/20/18 | 1 | 0039 |
| NOTIFICATION OF MAILING ADDRESS- MO | 03/20/18 | 1 | 0040 |
| MINUTE ORDER- DET | 03/20/18 | 1 | 0041 |
| JURISDICTION/ DISPOSITION REPORT | 04/13/18 | 1 | 0046 |
| MINUTE ORDER- ROR | 04/13/18 | 1 | 0096 |
| INTERLINEATED PETITION (300) | 04/26/18 | 1 | 0097 |
| LAST MINUTE INFORMATION FOR THE COURT | 04/26/18 | 1 | 0102 |
| COURT ORDERED CASE PLAN FOR MOTHER | 04/26/18 | 1 | 0104 |
| MINUTE ORDER- ADJ | 04/26/18 | 1 | 0105 |
| MISCELLANEOUS LETTER FROM FATHER | 05/21/18 | 1 | 0109 |
| EX PARTE APPLICATION AND ORDER | 07/26/18 | 1 | 0114 |
| SUBMITTED CASE FORM | 07/26/18 | 1 | 0117 |
| MINUTE ORDER- PROG | 07/26/18 | 1 | 0118 |
| EX PARTE APPLICATION AND ORDER | 08/07/18 | 1 | 0119 |
| SUBMITTED CASE FORM | 08/07/18 | 1 | 0122 |
| MINUTE ORDER- PROG | 08/07/18 | 1 | 0123 |
| CUSTODY REMAND/ REMOVAL ORDER | 09/24/18 | 1 | 0124 |
| STATUS REVIEW REPORT | 10/10/18 | 1 | 0125 |
| MINTUE ORDER- ROR | 10/12/18 | 1 | 0194 |
| ATTORNEY ORDER | 10/25/18 | 1 | 0195 |
| MINUTE ORDER- 21E | 10/25/18 | 1 | 0196 |

MR. SABOURI,                    SABOURI, ALI REZA    5/17/18

I AM CURRENTLY ENROLLED IN

(2) SUBSTANCE ABUSE CLASS'S. I AM STARTING MY INDIVIDUAL COUNSELING TOMORROW. I AM ALSO GOING TO ELECT TO DO A DOMESTIC VIOLENCE CLASS & PARENTING. I KNOW YOU ARE DESENSITIZED REGUARDING FAMILIES BECAUSE THERE MIGHT BE A LARGE PERCENTAGE OF PEOPLE WHO ARE LOST CAUSES. I AM NOT ONE OF THEM. I AM A BRAND NEW MOTHER WITH QUITE A FEW ISSUES BUT IN NO WAY SHAPE OR FORM AM I OPPOSED TO DOING ALL I CAN TO "REPROGRAM" MY WAYS & BELIEF SYSTEM. I LOVE LEO & WANT TO BECOME A BETTER MOTHER TO HIM EACH DAY THAT PASSES & HE IS WITH A STRANGER. I AM PLAUGED WITH REGRET & SHAME. I KNOW YOU WANTED ME TO DO COUNSELING. I WOULD LIKE TO EXTEND THOSE SERVICES EVEN ONCE TO MYSELF & POSSIBLY DO A FULL DRUG THE CASE PROGRAM ON MY OWN ACCORD ONCE IS CLOSED. I AM RELEASED. IF YOU FURTHER GIVE ME SKILL & HELP ME GAIN STABILITY & EMPLOYMENT PLEASE DO NOT CONSIDER ME ONE OF THE MOTHERS WHO YOU SHOULD

Case 2:23-cv-06806-CJC-E    Document 1    Filed 08/18/23    Page 81 of 144    Page ID #:81

0112



[ERASE] FROM HER CHILDS LIFE THANK YOU FOR CARING FOR LEO & FOR CAUSING ME TO CHANGE MY DIRECTION & TAKE INITIATIVE TO UNDERSTAND MY PAST & PRESENT. GOD BLESS,

SINCERELY,

PLEASE DO NOT ALLOW OVER-EXAGERATION UNDER NOTATION OR EXAGT SLOWDOWN TO BE WHAT YOU JUDGE ME BY PLEASE DO NOT USE NOTES FROM A PAST UNFOUNDED CASE TO JUDGE ME. I AM WILLING TO GIVE UP MY WAYS & MY LIFESTYLE TO LOVE & SUPPORT MY SON THE WAY HE DESERVES. PLEASE JUDGE MY CURRENT EFFORT.
THANK YOU

I HAVE FOUND A RETIRED ORANGE COUNTY SHERIFF TO CARE FOR LEO HE COULDNT BE SAFER THAN WITH SOMEONE WHO ENFORCED THE LAW FOR DECADES. THANK YOU

EXHIBIT # F



THE SIGNATURE ON THE LETTER
IS MOTHERS PRECIOUS LANAY
FITZGERALD DO ANDONING
ABOUT LETTERS FATHER OLD
NO SELF WORK OR CLASSES

Your Honor,

My name is Ayeesha Williams. I am the grandmother of Leo Fitzgerald. I have been the liaison between Leo and my daughter precious the entire time she was incarcerated and even up until july, 19th 2022. I provided on her behalf financially when I could for Leo. Did video visits, in person visits and phone calls to my grandson since he was taken from her. I have kept in constant contact with Ms. Minerva Wilson and my grandson. Not only on the phone with her but especially on my own personal time up until July, 19th 2022. When Ms. Wilson found out that My daughter was going to continue to fight for him and filed that appeal to not take him but become another healthy, loving, nurturing and safe attachment in his life. I am one of those attachments already. July 19th 2022 is when she told me I also no longer could be a part of his life when she asked me if I knew about the appeal. It's not about loyalty to my daughter. It's about the fact that she never went a week without him unless Minerva refused to answer the phone. She never faltered or only focused on herself. It was always about him the whole time she was incarcerated and since she got out. Minerva Wilson out of fear and anger decided to try to delete me from Leo's life after him knowing and seeing me for his whole life. No matter what home he was taken to. When she put him out to go travel for 9 months I followed him and maintained my bond with him and kept up with his best interest and needs. I was there and present in some way every step of the way. As my daughter Ms. Fitzgerald was through pictures and phone and visits when they were available to her. Ms. Wilson regardless of Leos best interest tried to delete me from his life though he knows and loves me and knows I love him. I Made payment arrangements and struggled but succeeded at making sure I put money on the phone for precious (Leo's mother) to call 3 sometimes 4 times a week. If I could do more I did. That in its self was in total for over a period of a consecutive four years.

I brought him myself to visit her before as well while she was incarcerated. This woman (my daughter) has got out. Got a job. A place to live for them both. Gotten a therapist who addresses her past issues. As well as a therapist who is addressing her parenting and prepared to also meet with Leo weekly to ensure he has a safe transition and healthy new re-attachment plan. A therapist she is building, creating and taking action on plans of successful parenting. She has invested into stocks for him. Got him the "Gerber grow up plan". A policy which builds in cash value and doubles to 100k dollars once he turns 18. Which he can cash out on and able to use and guarantee towards college. Working on building her credit. (She is finally ready to learn. Running on energy and a frequency that is from a place of healing). So, she can teach him to do so and also build his. Focused on learning both holistic and western ways of helping him maintain physical health. Focused on maintaining her mental health and increasing her NOT ONLY IQ BUT EMOTIONAL INTELLIGENCE. Because she has recently taught me that there is both and that they are two completely different quotients. Shes about naturalization, nationalization and her history from the different races she is mixed with. She has been researching foods that are healthy for children who are allergic to milk, eggs, cheese, gluten, wheat, citrus acid, also the mold he's allergic to, grass, saline amongst other things. All the things she studied and learned about his health and mentioned on the record in the last hearing. She has found him a local pre-school, dermatologist, gastrologist, neurologist, cardiologist, pediatrician and speech therapist in preparation for him. She understands that when she gets the chance to reunify it will be a process BUT she is prepared to offer him a better life than the one she has lived and experienced. She spent four years doing self-help. Finished her DCFS case plan before the expected time that the courts asked. Classes which included (I know because she sent

copies to me, the courts and Ms. Wilson) but are not limited to: Parenting, anger management, domestic violence, Domestic violence counseling, Substance abuse, substance abuse counseling, healing from trauma, AA, NA ETC. My Daughter kept a call log that she would send me a copy of each month of every call we would make whether Ms. Wilson answered or she didn't and a message was left (which for the most part she usually did). I am a senior citizen just like Ms. Wilson. I also have the time to help support my daughter in raising and caring for him. In a way I was not experienced in raising her because time has brought new experience parenting techniques and knowledge and information. That fits with modern expectations and success. To help her with baby sitting and bonding and providing Fianacial support as well as the wisdom and knowledge of living a clean life and doing the right things in life has brought me. I was not able to take him due to my health at the time. My daughter asked Ms. Wilson to be assessed and keep him until she got out. She trusted and her and thought she was as safe with her as he is. My daughter has gotten out and in such a little bit of time proven to everyone with her actions that her main priority is Leo and breaking the generational curse that has been passed on of trauma and pain. She has been working on herself for these past years and every phone call she made to me it was always about Leo. About change. About implementing self-love and self-respect. Her conversation once she started fighting for my grandson in there went from things that interested her to what she could do to become a living example of what a woman should be for herself first and then for him. My daughter has made a progress and a successful effort that I know is not commonly seen because our family comes from all walks of life. We are multi-racial. So I mean even different cultures and her efforts and love for this baby is beyond anything I've seen or have even imagined. My daughter has sacrificed who she was and what she thought she

wanted to become. To do what it takes to become who she needs to be to LIVE and WALK in her Purpose as the woman and mother she was destined to be. My daughter delt with her pain in life in ways that most people in our family haven't. But Shes also become more mature, more seasoned, more knowledgeable and more understanding. With a broadened prospective and open mind in a way that NO ONE IVE EVER MET HAS. Even more so than myself. Even at my old age she is teaching me what ambition (positive and constructive), love, resilience, seeking knowledge and wisdom is. Teaching me not to look at not the problems but as simply as life will allow you to to search for solutions and utilize them like scientist's test theories and create formulas. This woman is truly an inspiration to me. This baby deserves to have someone that would sacrifice who they were to become the very best of themselves to help him become the very best of his self. I am a witness to the love and support and nurture and kindness and attentiveness and patience and effective communication and education that she is gaining on her own free will that my daughter has to offer this child. I hope that the courts will see that having another person. A mother which this child calls and knows as Mommie. Like he sees and will see all his other friends at school and extended family members will also have. I hope that the courts will see that with Ms. Minerva, myself and his father if the courts allow. We will all be able to provide him a love and support that will only help him grow to be secure and happy in his life knowing he has a mother who is there who wants him and nurtures and cares for him. Not only providing a roof and medical care and food. But so much more. This is a good situation for him and a win for him. To be able to continue his bond and relationship with both Minerva and his mother who he already knows as Mommie And his grandmother. Like he said one day on the phone "Mommie loves me and is gonna take care of me". This baby is intelligent If not brilliant. Allowing him to grow

EXHIBIT # F

up with FAMILY that he already knows he has and is used to is only something that can increase value and confidence in his life. With The help of Ms. Wilson and his family therapist this can only create new opportunities to help him grow and excel knowing he has his whole family. That Hes not different and he has a Mommie, daddy, grandma and (my daughter asked Ms. Wilson when she asked her to keep him until she got out if he could call her NANA which he does). Like all his friends will and all his extended family has. It will spare him pain and confusion and a sense of loss or emptiness or feeling incomplete or unwanted. Yes, it is good to have a Nana but to have a whole family both biological and extended is the healthiest thing and the best thing for this child. I hope the courts will take his best interests and the benefits of him maintaining and growing these relationships and already planted seeds. Because love multiple people that love him and want him and want to invest into his growth mentally, emotionally, spiritually, financially and physically can only benefit him. My daughter wants to take pictures with Ms. Wilson and have her take pictures with him and put those portraits all over his house. My daughter completed her term and is working on maintaining in a way so that she will be able to file for and be granted a certificate of rehabilitation because that's what CDCR (incarceration) is about now therapy and education-based rehabilitation for those who seek it out. My daughter is now in the process of seeking out how to pay for school so she can enroll in school aside from her job to become an expert in cyber security.  This woman has a lot and will have a lot to offer this baby. Let's give him a chance to thrive. Because he doesn't have only a couple of people, he loves him but many people who want to love him. Including some aunts who are relocating for the purpose of supporting her in supporting him. He deserves this because all children do. This is a story of change and growth and resilience and love. That this child will probably never know

EXHIBIT # F

the full story of until Hes of an older age but imagine what it will do to motivate him and push him to become great when he sees all of his family and especially his Mommie GREAT. I thank the courts in advance for its graciousness and great concern for the children its responsible for.

Humbly submitted,

*Ayeesha Williams* 8-12-2022

EXHIBIT K

| JV-572 | **Objection to Release of Juvenile Case File** |
|---|---|

*Clerk stamps date here when form is filed.*

*Objections to the release of information and records described in the attached Petition for Access to Juvenile Case File (form JV-570) must be filed with the juvenile court.*

**(1)** Name of child: Leo Fitzgerald

**(2)** My relationship to the child, if any, is: Attorney for DCFS

*Fill in court name and street address:*

**Superior Court of California, County of** Los Angeles

Edmund D. Edelman Children's Court
201 Centre Plaza Drive
Monterey Park, CA 91754

**(3)** I object to the release of information and records relating to the child named in item **(1)**.

*Court fills in case number when form is filed.*

**Case Number:**
18CCJP01771A

**(4)** I do not want the juvenile court to release the records because *(describe in detail, attach additional pages if necessary)*:
See attached objection.

Date: 08/11/2023

Christine Ton, Esq.
*Type or print your name*

▶ *Christine Ton, Esq.*
*Sign your name*

**Warning: If you do not object, the court may grant access to the child's case file.**

Judicial Council of California, *www.courts.ca.gov*
Rev. September 1, 2020, Mandatory Form
Welfare and Institutions Code, § 827;
California Rules of Court, rules 5.552, 5.553

**Objection to Release of Juvenile Case File**

JV-572, Page 1 of 1

**Attachment to JV-572 Objection to Release of Juvenile Case File**
**In re: Leo Fitzgerald DOB 07/17/2017**

The Department of Children and Family Services (DCFS) objects to the inspection and/or the release of any juvenile case records to petitioner, Precious Fitzgerald. Ms. Fitzgerald is the biological mother of the minor, Leo Fitzgerald. Ms. Fitzgerald's parental rights over the child were terminated on or about September 1, 2021. Ms. Fitzgerald is requesting the minutes from May 22, 2023. A Notice of Appeal was filed by Ms. Fitzgerald on July 20, 2023 in which Ms. Fitzgerald indicates an intention to contest orders made at the Jurisdictional hearing and the Selection and Implementation hearing.

It should be noted that there is no record of a hearing being held on May 22, 2023 in the Juvenile Justice Portal. In addition, Jurisdictional orders and orders made at the Selection and Implementation hearing occurred more than 60 days prior to Ms. Fitzgerald filing a Notice of Appeal. As a result, DCFS objects to the release of records to Ms. Fitzgerald.

Pursuant to Welfare & Institutions Code (WIC) § 827(a)(1), the petitioner does not fall within an enumerated category of persons permitted to have access to these records.

Proceedings to determine access to juvenile court records are governed by California Rules of Court 5.552. In relevant part, this rule states that "[i]n determining whether to authorize inspection or release of juvenile court records, in whole or in part, the court must balance the interests of the child and other parties to the juvenile court proceedings, the interests of the petitioner and the interests of the public." The court must consider whether disclosure of confidential information is necessary to accomplish interests of equal or greater weight. Further, Rule 5.552 provides that the court may permit access to records "only insofar as is necessary, and only if petitioner shows by a preponderance of the evidence that the records requested are necessary and have substantial relevance to the legitimate need of the petitioner." Here, Petitioner makes no showing that the need for disclosure, use, or dissemination of certain documents contained in the minor's case file serves a relevant or legitimate interest. The time to file a notice of appeal has lapsed.

Based on the above, DCFS files this objection to the disclosure of the minor's juvenile case records to petitioner.

If, after considering the petitioner's request, the court determines that disclosure is necessary, DCFS requests that such disclosure be limited to information which the court determines is necessary and relevant to a legitimate need of the petitioner. To the extent that this court permits petitioner access to any of minor's juvenile case file, DCFS requests that the court issue any protective order necessary to ensure the proper use and dissemination of such information.

CHS.2218767.1

**PROOF OF SERVICE**
Case No. 18CCJP01771A

STATE OF CALIFORNIA, County of Los Angeles:

Stacy Whitaker states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 201 Centre Plaza Drive, Suite 1, Monterey Park, California 91754-2142

That on August 11, 2023, I served the attached

JV572 Objection to Release of Juvenile Case File

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached service list:

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2023, at Monterey Park, California.

_____         _____
Stacy Whitaker                                    
(NAME OF DECLARANT)                   (SIGNATURE OF DECLARANT)

**SERVICE LIST**

Precious Lanay Fitzgerald
3818 Crenshaw Blvd.
Los Angeles, CA 90008

Lillian Soto, DCFS Liaison
201 Centre Plaza Dr., Ste 4
Monterey Park, CA 91754

SERVICE LIST

EXHIBIT K

## Declaration Of Service, information to the court, Affidavit, Legal Communication Disclaimer and request that court follow all ICWA LAWS as well as request for documents related to case for purpose of UNITED STATES COURT FEDERAL APPEAL:

for client and mother PRECIOUS LANAY FITZGERALD for Court date scheduled 8/23/2023. **CASE #: 18CCJP01771A** ON BEHALF OF LEO FITZGERALD, to the persons and/or representative of the court as addressed below.
HONORABLE PHILIP L. SOTO
Dept. 408
c/o Clerk of the Superior Court
Edelman Children's Court

**STATE OF CALIFORNIA, County of Los Angeles:**
The last declaration of service and affidavit dated July, 21ˢᵗ, 2023 is **nunc pro tunc.**
Current counsel currently for PRECIOUS LANAY FITZGERALD is formally and permanently excused. PRECIOUS LANAY FITZGERALD Will be represented by PRECIOUS LANAY FITZGERALD BEY (**Propria persona sui juris**). Lawyers and attorneys represent those who are incompetent or not allowed to self-determine.

• **Pursuant to the U.S. 6ᵗʰ Amendment (Independent constitutional right of self-representation) • Pursuant to Faretta V California U.S. superior ct 1975**

• **Pursuant to Miranda v Arizona 384 U.S. 436, 125 (10): "Where rights are secured by the constitution are involved there can be no legislation that would abrogate them"**

• **Also pursuant to cooper Vs Aaron, 358 U.S 1,78 s. Ct. 1401 which states "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it"**
• **Pursuant to miller vs Kansas 230 f 2nd 486 489:11 "The claim of constitutional rights cannot be converted into a crime"**

• **Pursuant to 18 U.S. code 2071-concealment, removal or mutilation**

1 of 9

\

EXHIBIT #6



**PMC** PubMed Central®

Pediatrics. 2013 Oct; 132(4): 639–646.
doi: 10.1542/peds.2012-3251

PMCID: PMC3784288 | PMID: 24019414

# Risk of Suicide Attempt in Adopted and Nonadopted Offspring

Margaret A. Keyes, PhD,[⊠a] Stephen M. Malone, PhD,[a] Anu Sharma, PhD, LP,[b] William G. Iacono, PhD,[a] and Matt McGue, PhD[a,c]

▸ Author information ▸ Article notes ▸ Copyright and License information   PMC Disclaimer

## Abstract                    Go to: ▸

### OBJECTIVE:

We asked whether adoption status represented a risk of suicide attempt for adopted and nonadopted offspring living in the United States. We also examined whether factors known to be associated with suicidal behavior would mediate the relationship between adoption status and suicide attempt.

↑

Back to Top

### METHODS:



Participants were drawn from the Sibling...

4:51    .ul 5G 58

EXHIBIT
# 6



**PMC** PubMed Central®    Q

## METHODS:

Participants were drawn from the Sibling Interaction and Behavior Study, which included 692 adopted and 540 nonadopted offspring and was conducted at the University of Minnesota from 1998 to 2008. Adoptees were systematically ascertained from records of 3 large Minnesota adoption agencies; nonadoptees were ascertained from Minnesota birth records. Outcome measures were attempted suicide, reported by parent or offspring, and factors known to be associated with suicidal behavior including psychiatric disorder symptoms, personality traits, family environment, and academic disengagement.

## RESULTS:

The odds of a reported suicide attempt were ~4 times greater in adoptees compared with nonadoptees (odds ratio: 4.23). After adjustment for factors associated with suicidal behavior, the odds of reporting a suicide attempt were reduced but remained significantly elevated (odds ratio: 3.70).

## CONCLUSIONS:



EXHIBIT
#6

PMC PubMed Central®     Q

and academic disengagement.

## RESULTS:

The odds of a reported suicide attempt were ~4 times greater in adoptees compared with nonadoptees (odds ratio: 4.23). After adjustment for factors associated with suicidal behavior, the odds of reporting a suicide attempt were reduced but remained significantly elevated (odds ratio: 3.70).

## CONCLUSIONS:

The odds for reported suicide attempt are elevated in individuals who are adopted relative to those who are not adopted. The relationship between adoption status and suicide attempt is partially mediated by factors known to be associated with suicidal behavior. Continued study of the risk of suicide attempt in adopted offspring may inform the larger investigation of suicidality in all adolescents and young adults.

**Keywords:** suicide attempt, adoption, adjustment

What's Known on This Subject:     📋 Feedback

EXHIBIT 1



# Certificate of Completion

Presented to

## *Precious L. Fitzgerald*

RFA #     N/A

Forcompleting the initial 12 Hour Special Care Increment Training at **Los**

**Angeles City College** through the Foster and Kinship Care Education

Program on 8/4/2022

*Alvaro Aguila*

FKCE Instructional Specialist

EXHIBIT #1

# CERTIFICATE OF COMPLETION

This certificate is awarded to

## Precious Fitzgerald

In recognition of your completion in our 6-week Positive Parent Education Class Series

**Family Paths**
Serving Alameda County Since 1972

*Family Paths strengthens family relationships by providing mental health and supportive services with respect, integrity, compassion, and hope.*

Michael Lewis, CPDPE
Parent Education Instructor

Date: 09/13/22

Julianne Rositas, MPA, MSEd
Family Support Manager

**Online Course**
**Tuesdays, 2 hrs./wk., 8/4/22—9/13/22**

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 100 of 144   Page ID #:100

EXHIBIT #1



LOS ANGELES CITY COLLEGE
The City's College.

California Community Colleges
Foster & Kinship Care Education
Los Angeles City College



# CERTIFICATE OF COMPLETION

This Certifies That

## PRECIOUS FITZGERALD

Has Completed

**Topic:** Gangs and Family Violence

3 Hours Renewal valid for RFA, W on May 30, 2023

**Alvaro Aguila, Program Director**

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 101 of 144   Page ID #:101

EXHIBIT #1



LOS ANGELES CITY COLLEGE

**LACC**

The City's College.

California Community Colleges
Foster & Kinship Care Education
Los Angeles City College



# CERTIFICATE OF COMPLETION

This Certifies That

## PRECIOUS FITZGERALD

Has Completed

**Topic:** Self-Injury: Thoughts and Behaviors

3 Hours Renewal valid for RFA, W, SCI-Specialized on June 10, 2023

*Alvaro Aguila*

**Alvaro Aguila, Program Director**

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 102 of 144   Page ID #:102



LD LearnDispatch

**LearnDispatch**

## CERTIFICATE OF COMPLETION

Awarded To

# Precious Fitzgerald

FOR COMPLETION OF

**DISPATCH TRAINING COURSE - EXTENDED VERSION**

Date: 2023-05-29

**Serial No.**

cert_t2vtp1jm

EXHIBIT #1

Certificate of Training Completion

*Presented to:*

Precious Fitzgerald

*In recognition of completion of the online training:*

Aggression and Disruptive Behavior: Best Practices

Trainer(s):   W. David Lohr MD

Date: ___August 5, 2022___

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS



UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Valid only in the state of California | Hours 1.0

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 104 of 144   Page ID #:104

EXHIBIT #1

# Certificate of Training Completion

### Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

### Ages of Grief

Trainer(s): **Vicky Tidman**

Date: **August 3, 2022**

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA

Hours: **1.0**



CalSWEC

EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Healthy Relationships

Trainer(s):   Nicholas Sullivan BS

Date: _____ August 3, 2022 _____

*Signed:*

Pam Menendez

Director

Center for Child Welfare

University of South Florida

CDSS



**UNIVERSITY OF SOUTH FLORIDA**

Valid only in the state of California | Hours **1.5**

CalSWEC

Center for Child Welfare (watermark)

EXHIBIT #1

# *Certificate of Training Completion*

## *Presented to:*

Precious Fitzgerald

*In recognition of completion of the online training:*

**Parenting from the Trenches**

Trainer(s): **Denise A. Goodman**

Date: **September 17, 2022**

Signed:

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida



CDSS



CalSWEC

Hours: **2.5**

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 107 of 144   Page ID #:107

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Resource Families and Birth Families: Partners in Parenting

Trainer(s): Jennifer Rodriguez

Date: September 17, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

UNIVERSITY OF
SOUTH FLORIDA
Hours: 1.5



CalSWEC

EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Parenting a Child with Food Allergies

Trainer(s):  Melissa Dean, Erica Jones

Date:  __August 3, 2022__

Signed: *[signature]*

Pam Menendez

Director

Center for Child Welfare

University of South Florida





**UNIVERSITY OF SOUTH FLORIDA**



CalSWEC

Valid only in the state of California | Hours __0.5__

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 109 of 144   Page ID #:109

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

5 Star Parenting Toolkit

Trainer(s): Jeanne Schwertfeger & Debora Stolz

Date: _____ August 12, 2022 _____

Signed: _____

Pam Menendez

Director

Center for Child Welfare

University of South Florida



Hours: __2.0__



EXHIBIT #1

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

In recognition of completion of the online training:

SKY Child and Adolescent Nutrition and Wellness

Trainer(s): Melissa Dean BSN RN, Erica Jones BSN RN

Date: ___August 5, 2022___

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida


CDSS


CalSWEC

Valid only in the state of California | Hours 0.5

EXHIBIT #1

Case 2:23-cv-06806-CJC-E    Document 1    Filed 08/18/23    Page 111 of 144    Page ID #:111

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

**The Effects of Multiple Placements**

Trainer(s): _____ **Anna Brown** _____

Date: _____ September 17, 2022 _____

Signed:

**Pam Menendez**

**Director**

**Center for Child Welfare**

**University of South Florida**



Hours: **2.5**



EXHIBIT #1

# Certificate of Training Completion

## Presented to:

### Precious Fitzgerald

## In recognition of completion of the online training:

### The Impact of Grief, Loss and Transitions on Families

Presented by: _____ Carol Campbell Edwards, MSW LCSW _____

Given on: _____ August 3, 2022 _____

Signed: _____

Pam Menendez
Director
Florida's Center for Child Welfare
University of South Florida

*Valid for Foster Parent Relicensing and Child Welfare Professional Training Hours:* ___0.5___






EXHIBIT #1

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Parenting Children and Youth on the Autism Spectrum

Trainer(s): <u>Dan Thorne CEO, PRAXES</u>

Date: <u>August 3, 2022</u>

Signed: _[signature]_

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: <u>1.0</u>

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 114 of 144   Page ID #:114

EXHIBIT #1

*Certificate of Training Completion*

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Overview of Attention Deficit Hyperactivity Disorder

Trainer(s): Elysse Kompaniez-Dunigan

Date: August 5, 2022

Signed: *[signature]*

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida



Hours: 0.5


CalSWEC

CDSS

EXHIBIT #1

# Certificate of Training Completion

### Presented to:

Precious Fitzgerald

### In recognition of completion of the online training:

Addiction: What Happens to Adult Functioning and Protective Capacity When Drugs Hijack the Brain

Trainer(s): __John Harper__

Date: _____August 3, 2022_____

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA


CalSWEC

Hours: __1.0__

EXHIBIT # 1 PFB

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Promoting Developmentally Appropriate Transitions for Young Children

Trainer(s): Lauren Woods, PCC-S, IMFT

Date: August 5, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida




CDSS


CalSWEC

Hours: 1.5

EXHIBIT #1

# Certificate of Training Completion

### Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Practical Strategies for Connecting with and Managing Behaviors of Children Impacted by Trauma

Trainer(s): Loryn Smith MSW

Date: August 3, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS



USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: 1.5

EXHIBIT #1

Case 2:23-cv-06806-CJC-E    Document 1    Filed 08/18/23    Page 118 of 144    Page ID #:118

*Certificate of Training Completion*

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Developmentally Appropriate Transition Practices

Trainer(s): Charles H. Zeanah

Date: _____ August 5, 2022 _____

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS



UNIVERSITY OF
SOUTH FLORIDA

Hours: __1.0__



CalSWEC

EXHEBET #1

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

<u>Managing Children's Emotions & Behaviors</u>

<u>Trainer(s):</u>   David Brown MSW, Anjali Van Drie MA MSW BCBA

Date: _____ August 5, 2022 _____

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

UNIVERSITY OF
SOUTH FLORIDA

CalSWEC

Valid only in the state of California | Hours <u>0.25</u>

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 119 of 144   Page ID #:119

EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Children and Trauma: Effective Strategies for Healing and Resiliency

Trainer(s):  Kay Glidden, Beth Reynold Lewis

Date: _____August 5, 2022_____

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida

CDSS



**UNIVERSITY of SOUTH FLORIDA**

Valid only in the state of California | Hours __1.0__

CalSWEC

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 120 of 144   Page ID #:120

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 121 of 144   Page ID #:121

EXHIBIT #1

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Injury Prevention: Safe Kids

Trainer(s): Petra Vybiralova

Date: August 3, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: 1.0

EXHIBIT #1

Case 2:23-cv-06806-CJC-E Document 1 Filed 08/18/23 Page 122 of 144 Page ID #:122

# CERTIFICATE *of* COMPLETION

## THIS EDUCATIONAL CERTIFICATE ACKNOWLEDGES THAT

### Precious Fitzgerald

**HAS SUCCESSFULLY COMPLETED THE FOLLOWING COURT ORDERED CLASS:**

*ONE TIME USE!* This Certificate is ONLY valid for the hours shown below-No COPIES ACCEPTED, Multiple Uses, or Collective Use with this same title course.

## 15 HR ADULT Drug & Alcohol/Drug Offender/ Substance Abuse Education Course

### By AIC. AMERICAN INTEGRITY COURSES®

\*\* Valid Only One Time

Valid Only One Time \*\*

**Date:**
August 14, 2022

*Certificate valid for 1 year after date issued.*

*gisela bryant* , RN, MSN, AGNP

**Signed, GISELA BRYANT**
RN, MSN AGNP-NC
Program Director of
AIC. AMERICAN INTEGRITY COURSES, LLC
www.AmericanIntegrityCourses.com
Email: AIC.AmericanCourses@gmail.com
Ph. #936-333-0087

**Final Exam Score:**
85.68/100 (85.68%)

**Certificate#** 293473724
VALID ONLY 1X!



EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Effective Discipline in Developmental Stages

Trainer(s): Jennifer A Malnar, LCSW, MSW

Date: August 5, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida







Hours: 1.0

EXHIBIT #1

# *Certificate of Training Completion*

### *Presented to:*
Precious Fitzgerald

### *In recognition of completion of the online training:*

Effective Discipline in Developmental Stages

Trainer(s): Jennifer A Malnar, LCSW, MSW

Date: August 5, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: 1.0

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 125 of 144   Page ID #:125

EXHIBIT #1

*Certificate of Training Completion*

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Simple Coping Skills for Kids!

Trainer(s):   Amanda Jans, LMHC, Heidi Ryan, LMHC NCC QS

Date:   August 5, 2022

*Signed:*

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Valid only in the state of California | Hours __1.0__

EXHIBIT #1

# *Certificate of Training Completion*

### *Presented to:*

Precious Fitzgerald

### *In recognition of completion of the online training:*

Changing the Course: Pathways to Addiction Stabilization & Recovery for Families & Youth

Trainer(s): <u>Alexandra Noel, Katie Streeter</u>

Date: _____ August 3, 2022 _____

Signed: _____

Pam Menendez

Director

Center for Child Welfare

University of South Florida



Hours: __1.0__



EXHIBIT #1

Case 2:23-cv-06806-CJC-E    Document 1    Filed 08/18/23    Page 127 of 144    Page ID #:127



# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Helping Children at Times of Stress and Trauma

Trainer(s): Carla Stover, PhD & Pamela Aeppel, MA

Date: August 3, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: 1.0

EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

### Helping Children with Grief and Loss

Trainer(s): Pam Graham MacDill, LCSW, DCSW

Date: August 3, 2022

Signed: _____

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: 1.5

EXHIBIT #1

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

**Understanding Substance Abuse and the Impact on Children**

Trainer(s): __Judith Warren__

Date: ____August 3, 2022____

Signed:

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida



CDSS

USF
UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Hours: __1.0__

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 130 of 144   Page ID #:130

# Certificate of Training Completion

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Exploring the Intersections of Historical Trauma and Race in Child Welfare,
Criminal Justice and Behavioral Health Systems

Trainer(s): Kyaien O. Conner, PhD LSW MPH

Date: September 17, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida

CDSS

UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Valid only in the state of California | Hours **1.5**

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 131 of 144   Page ID #:131

# Certificate of Training Completion

### Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

**STRTPs as Part of an Integrated Trauma-Informed System**

Trainer(s):  Loc H. Nguyen, DrPH MSW

Date: September 17, 2022

Signed:

**Pam Menendez**

Director

Center for Child Welfare

University of South Florida



CDSS



**UNIVERSITY OF SOUTH FLORIDA**



CalSWEC

**Valid only in the state of California | Hours 0.5**

EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Parenting a Child with Food Allergies

Trainer(s):   Melissa Dean, Erica Jones

Date: _____ August 3, 2022 _____

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS

**UNIVERSITY of SOUTH FLORIDA**

CalSWEC

Valid only in the state of California | Hours 0.5

# Certificate of Training Completion

### Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Helping Children at Times of Stress and Trauma

Trainer(s): Carla Stover, PhD & Pamela Aeppel, MA

Date: August 3, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida



Hours: 1.0

CDSS

CalSWEC

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 133 of 144   Page ID #:133

EXHIBIT #1

# Certificate of Training Completion



### Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Changing the Course: Pathways to Addiction Stabilization & Recovery for Families & Youth

Trainer(s): Alexandra Noel, Katie Streeter

Date: _____ August 3, 2022 _____

Signed: *[signature]*

Pam Menendez

Director

Center for Child Welfare

University of South Florida



**CDSS**

**CalSWEC**

Hours: **1.0**

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 135 of 144   Page ID #:135



# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

**Pediatric Skin Problems**

Trainer(s): **Katherine Guthrie**

Date: **September 17, 2022**

Signed: *[signature]*

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida



CDSS



Hours: **1.0**



CalSWEC

EXHIBIT #1

# *Certificate* of *Training* *Completion*

## *Presented to:*

Precious Fitzgerald

*In recognition of completion of the online training:*

Understanding Substance Abuse and the Impact on Children

Trainer(s): __Judith Warren__

Date: __August 3, 2022__

Signed:

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida



Hours: 1.0



CalSWEC

CDSS

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 136 of 144   Page ID #:136

EXHIBIT #1

# *Certificate of Training Completion*

## Presented to:

Precious Fitzgerald

*In recognition of completion of the online training:*

Overview of Attention Deficit Hyperactivity Disorder

Trainer(s): Elysse Kompaniez-Dunigan

Date: August 5, 2022

Signed: *(signature)*

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida



USF
UNIVERSITY OF
SOUTH FLORIDA


CalSWEC

CDSS

Hours: 0.5

Case 2:23-cv-06806-CJC-E    Document 1    Filed 08/18/23    Page 137 of 144    Page ID #:137

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 138 of 144   Page ID #:138

EXHEBET #1



# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Resilient Parenting/Resilient Systems: A Way Forward?

Trainer(s): Neil W. Boris, M.D. - Kate Rosenblum, Ph.D.

Date: September 17, 2022

Signed:

Pam Menendez

Knowledge Management Administrator

Center for Child Welfare

University of South Florida





CDSS

Hours: 2.0

CalSWEC

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 139 of 144   Page ID #:139

# Certificate of Training Completion

**Presented to:**

**Precious Fitzgerald**

*In recognition of completion of the online training:*

This is Not What I Expected: Reducing Parental Stress

Trainer(s):  Dan Thorne, LMFT

Date:  September 17, 2022

Signed:

Pam Menendez

Director

Center for Child Welfare

University of South Florida







Hours:  0.5

EYHEBET # 1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Children and Trauma: Effective Strategies for Healing and Resiliency

Trainer(s): Kay Glidden, Beth Reynold Lewis

Date: _____ August 5, 2022 _____

Signed: *[signature]*

Pam Menendez

Director

Center for Child Welfare

University of South Florida



**UNIVERSITY of SOUTH FLORIDA**

Valid only in the state of California | Hours __1.0__

CDSS



CalSWEC

Exhibit # 1

# Certificate of Training Completion

**Presented to:**

**Precious Fitzgerald**

*In recognition of completion of the online training:*

**Trust Based Relational Intervention**

Trainer(s): **Ryan North**

Date: **September 17, 2022**

Signed:

**Pam Menendez**

Director

Center for Child Welfare

University of South Florida





CDSS

CalSWEC

Hours: **1.0**

Case 2:23-cv-06806-CJC-E    Document 1    Filed 08/18/23    Page 141 of 144    Page ID #:141

EXHIBIT #1

Case 2:23-cv-06806-CJC-E   Document 1   Filed 08/18/23   Page 142 of 144   Page ID #:142

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

## Autism 101

**Trainer(s):** Sarah Kaiser, M Ed

**Date:** September 17, 2022

**Signed:**

Pam Menendez

Director

Center for Child Welfare

University of South Florida



**UNIVERSITY OF SOUTH FLORIDA**

CDSS



CalSWEC

Valid only in the state of California | Hours **0.5**

EXHIBIT #1

# Certificate of Training Completion

**Presented to:**

Precious Fitzgerald

*In recognition of completion of the online training:*

Basic Information on Over-the-Counter and Prescribed Medications

Trainer(s): Melissa Dean BSN RN, Erica Jones BSN RN

Date: September 17, 2022

Signed: *[signature]*

Pam Menendez

Director

Center for Child Welfare

University of South Florida



CDSS



UNIVERSITY OF
SOUTH FLORIDA



CalSWEC

Valid only in the state of California | Hours  0.5

EXHIBIT

Request Enrollment Verification

Enrollment Verification

Los Angeles Community College District

770 Wilshire Boulevard

Los Angeles, CA 90017

United States


United States

### Enrollment Verification as of Aug 18, 2023

**Name: Precious Fitzgerald**                           **ID Nbr: 885029619**


#### Current Program of Study

| Career | Academic Program | Exp Comp Dt |
|--------|------------------|-------------|
| Credit | Credit | |

| Academic Plan | Degree | Declare Dt | Sub-Plan |
|---------------|--------|-----------|----------|
| Network & Info System Security | Cert | 05/10/2023 | |

#### Enrollment History

| Term | Career | Begin Date | End Date | Units | Status |
|------|--------|-----------|----------|-------|--------|
| 2023 Summer | CR | 06/12/2023 | 08/27/2023 | | No Units |
| 2023 Fall | CR | 08/28/2023 | 12/17/2023 | 15.00 | Full-Time |

Printer Friendly Version

 Go to top